EXHIBIT A

STATE OF NEW YORK:
COUNTY OF QUEENS :

BEFORE ME, the undersigned Notary Public, personally appeared Leonard Joseph Campanello, who currently resides at 76 Anndom Court, North Babylon, New York 11703, in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his knowledge:

I, Leonard Joseph Campanello, registered in person at a voter registration event at my high school to vote for the first time in New York State in the Spring of 2009. I received confirmation of my registration as Democrat in 2009.

In December of 2013 I misplaced my drivers license which I arranged to be reissued on January 2, 2014. This remains to be the most recent interaction that I have had with the New York State DMV.

I checked my registration online around March 25, 2016 and observed that my party affiliation indicated 'Republican'. I had never registered as a Republican.

Via a phone conversation with the Suffolk County board of elections, I was notified that a signed "change of party affiliation" had been filled out on my behalf that switched me from Democrat to Republican. On this call, the BOE representative observed that, "Yes," I did first register in 2009 and, "Yes," I had registered as a Democrat. But she had in front of her a copy of the "change of party affiliation" form which she electronically forwarded to me that, did indeed, bear my signature.

In fact, however, the signature on that form is an identical, pixel-by-pixel copy of the electronic signature on every one of my driver's licenses or permits issued to me since 2007 that was clearly electronically transferred to the "change of party affiliation" form.

Please refer to the attached copies of my 3 current and expired driver's licenses for comparison to the signature on the photocopy of the New York State Voter Registration Application form.

In any event, given the late date of my discussion with the BOE and the apparent 'facts' on file, I am unable to vote in the New York Democratic Primary on April 19, 2016.

I would like my altered voter registration to be corrected but have not been able to achieve that feat.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____   Date: __4/18/16__
Leonard Joseph Campanello

**Notary Public**

On this the 18 day of April, 2016 the foregoing affidavit was sworn to and subscribed before me by Leonard Joseph Campanello, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

Lawrence B. Pendleton
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires 3/27/18

<u>VERIFICATION</u>

STATE OF NEW YORK)
                                     )ss.:
COUNTY OF Suffolk )

I, Leonard Joseph Campanello am the Plaintiff in this action and have read the foregoing Complaint and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Sworn to before me on this
13th day of April, 2016.

Notary Public
LAWRENCE B. PENDLETON



VR-1 (4/13)

## NEW YORK STATE VOTER REGISTRATION APPLICATION



10143358   Bob 106   Ec

Name  CAMPANELLO,LEONARD,J

DOB  08/16/1991 M          CID 3▮▮▮▮▮▮▮0

| Residence Address | 76 ANNDOM CT | County SUFFOLK |
| | NORTH BABYLON NY 11703-1022 | |

RECEIVED

Mailing Address     76 ANNDOM CT
                    NORTH BABYLON NY 11703-1022

JUN − 2 2014

Site Code           WEB - 100740

BOARD OF ELECTIONS
SUFFOLK COUNTY, NY

| Are you a citizen of the U.S.?  YES | Will you be 18 years of age or older on or before election day?    YES | Telephone Number (optional) |
| If you answer NO, you cannot register to vote. | If you answer NO, you cannot register to vote unless you will be 18 by the end of the year. | (631)▮▮▮▮▮▮▮ |

| Have you voted before? | Voting information that has changed: | Your name was LEONARD CAMPANELLO | Your state or NYS County was SUFF |
| YES | | | |
| What Year? 2012 | skip if this has not changed or you have not voted before | Your address was 76 ANNDOM COURT NORTH BABYLON, NY 11703 | |

**Political Party**

**REPUBLICAN PARTY**

You must make 1 selection
To vote in a primary election, you must be enrolled in one of these listed parties - except the Independence Party, which permits non-enrolled voters to participate in certain primary elections

AFFIDAVIT: I swear or affirm that
● I am a citizen of the United States.
● I will have lived in the county, city or village for at least 30 days before the election.
● I meet all requirements to register to vote in New York State.
● This is my signature or mark on the line below.
● The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years

Sign     *Leonard Campanello*          Date 2014-05-28
                                            12.05.53













**EXHIBIT  B**

STATE OF NEW YORK:
COUNTY OF NASSAU:

BEFORE ME, the undersigned Notary Public, personally appeared Fabrizio Milito, who currently resides at 35 June Avenue, Bayville, NY 11709, in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his knowledge:

I, Fabrizio Milito, registered in-person as a voter in New York State on April 7, 2009 in Bayville.

I registered as a Democrat.

I was given a copy of the form and was mailed a confirmation.

I checked my voter registration online on March 31, 2016 and discovered that my party affiliation had been changed to: ````````````````````

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_Fabrizio G. Milito_       Date: _04/15/16_
Fabrizio Milito

**Notary Public**

On this the _15_ day of _April_, 2016  the foregoing affidavit was sworn to and subscribed before me by Fabrizio Milito, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_Jennifer A Beneventin_
(Name)

_Jennifer A Beneventin_ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires _9-19-19_

```
JENNIFER A BENEVENTIN
Notary Public - State of New York
NO. 01BE6248395
Qualified in Nassau County
My Commission Expires 9-19-19
```

New York State Board

3/8/2016 2:30 PM

43 of 54

☐ Yes, I would like to be an Election Day Worker

**For Board Use Only**

NR

NASSAU COUNTY
NEW YORK

2004 APR 15 P 1:53

BOARD OF
ELECTIONS

☐ Yes, I need an application for an Absentee Ballot

99425588   MILITO, FABRIZIO G
Image Loc: 200910SRBN004

Check boxes that apply:
1 ☑ new registration and enrollment  ☐ address change  2
☐ party enrollment change  ☐ name change

Are you a U.S citizen?  ☑ Yes  ☐ No
If you answered NO, do not complete this form

Last Name | First Name | Middle Initial | Suffix
3 | Milito | Fabrizio | Gualtiero | Mr.

Address Where You Live (do not give P.O. Address) | Apt. No | City/Town/Village | Zip Code | County
4 | 35 June Ave. | | Bayville | 11709 | Nassau

Address Where You Get Your Mail (if different from above) | Post Office | Zip Code
5 |

Date of Birth
6 | 02/09/1991 | 7

Sex (circle)  M  F  | In county/state
8 | Home Tel. Number (optional)  1 (516) 802-2754
Under the name (if different from your name now)

The last year you voted
9 |

Choose a Party — Check one box only
☐ REPUBLICAN PARTY
☑ DEMOCRATIC PARTY
☐ INDEPENDENCE PARTY
☐ CONSERVATIVE PARTY
10 ☐ LIBERAL PARTY
☐ RIGHT TO LIFE PARTY
☐ GREEN PARTY
☐ WORKING FAMILIES PARTY
☐ I DO NOT WISH TO ENROLL IN A PARTY

*Please note:*
In order to vote
in a primary
election, you
must be enrolled
in a party.

Your Address was (give house number, street, and city)

**AFFIDAVIT:** I swear or affirm that
• I am a citizen of the United States.
• I will have lived in the county, city, or village for at least 30 days before the election.
• This is my signature or mark on the line below.
• The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years.

11 | Signature or mark  ↓
x  Fabrizio G. Milito

Dated 4/07/09

Please do not write in this space

**EXHIBIT C**

STATE OF NEW YORK:
COUNTY OF NEW YORK:


BEFORE ME, the undersigned Notary Public, personally appeared Chandler Wilson, who currently resides at 340 East 93rd St #5H, NY, NY 10128, in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of her knowledge:

I, Chandler Wilson, registered to vote in New York State for the first time on May 15, 2000.

My party registration was as a Democrat. I received a voter registration card.

When I checked my registration on April 1, 2016, it said my party had been switched to *no longer affiliated with a party*. This was without my knowledge.

I would like my voter registration to be corrected but have not yet been able to accomplish that.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: 4/18/16
Chandler Wilson


**Notary Public**

On this the 18 day of April, 2016 the foregoing affidavit was sworn to and subscribed before me by Chandler Wilson, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires 12-21-2019

BRENT VAN HEYNINGEN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01VA6334615
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 12-21-2019

Case 2:16-cv-01892-SJF-AKT   Document 1-1   Filed 04/18/16   Page 12 of 55 PageID #: 39

| Election District (ED) **044** | Assembly District (AD) **74** | Serial number **304101038** | |
|---|---|---|---|
| Congressional District **12** | State Senatorial District **27** | Council District **04** | Civil Court District **04** |

Party            **DEMOCRATIC**

**CHANDLER P WILSON**
**540 EAST 20 STREET  6E**
**NEW YORK, NY 10009**

**EXHIBIT D**

STATE OF NEW YORK:
COUNTY OF SUFFOLK:

BEFORE ME, the undersigned Notary Public, personally appeared Alexandra K. Clark, who currently resides at 12 Nevinwood Place, Huntington Station, NY 11746 in the County of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his/her knowledge:

I, Alexandra K. Clark registered online at my.DMV.NY as a voter in New York State on October 9, 2015.

I purposefully changed my party affiliation. I registered as a Democrat.

I received a confirmation email with time stamp noting change of party registration status.

I checked my voter registration online on March 15, 2016 and discovered that my party affiliation was: *Republican.*

I was told I missed the deadline because my change was not delivered to the Suffolk BOE ON TIME even though it was logged on the MY.DMV.NY website and I have a confirmation email of registration.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: 4/15/2016
Alexandra K. Clark

**Notary Public**

On this the 15 day of April, 2016  the foregoing affidavit was sworn to and subscribed before me by Alexandra K. Clark, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires _____

ANNMARIE PIGOTT
Notary Public - State of New York
NO. 01PI616611
Qualified in Nassau County
My Commission Expires 5/21/19



# BOARD OF ELECTIONS
### COUNTY OF SUFFOLK
### PO BOX 700
### YAPHANK NY 11980-0700
(631) 852-4500

TTY (631) 852-4540        FAX (631) 852-4590

**Commissioners**
**NICK LALOTA**
**ANITA S. KATZ**

**Deputy Commissioners**
**BETTY MANZELLA**
**JEANNE C. O'ROURKE**

April 7, 2016

CLARK, ALEXANDRA K
12 NEVINWOOD PL
HUNTINGTON STA   NY 11746-3512

Dear Voter,

With Democratic and Republican Primaries for President being held in New York on April 19th, we are writing to remind voters of eligibility requirements, which are governed by State Law.   We are writing to you specifically because you have recently **changed your party enrollment to Democratic**, perhaps with the intention on voting in the April 19th Presidential Primary.

As you may know, New York is one of 11 States to have a "closed" primary, where only previously registered members of Parties can vote.  As such, in accordance with NYS Election Law §5-304, an existing  voter would have had to have changed his or her party registration no later than October 9th, 2015 in order to vote in any of the 2016 Party Primaries.  **Since you submitted your change of enrollment form on 10/13/2015, a date after the legal deadline, your enrollment in Democratic party will become effective seven (7) days after General Election Day, 2016.**

**Thus, we regret to notify you that you are not eligible to vote in the April 19th Presidential Primary for the Democratic Party.** However, if you choose to, you can still vote in the Republican Party Primary.

There are several ways Suffolk County Voters can verify in which party, if any, they are registered. You can look it up online at **https://voterlookup.elections.state.ny.us/** or call the Suffolk County Board of Elections at 631.852.4500 – we are here to help.

*Nick LaLota*                    *Anita S. Katz*

**Commissioners**
**Suffolk County**
**Board of Elections**

---------
** Do not reply to this email. You will not receive a response. Visit http://www.dmv.ny.gov/

YOU CANNOT CANCEL THIS TRANSACTION.

DEAR ALEXANDRA:

Thank you for using the MyDMV Register to vote at your current location or change your party designation. service. Your application will be sent to your County or City Board of Elections. They will notify you when your voter registration application is processed.

Confirmation Number: 6E6CD27A

Date/Time Processed: 10/09/2015 7:51 PM

A message from    :

I hope you are satisfied with DMV's online services. Please visit us again and remember to tell a friend!

In addition to online services, the DMV Web site at http://www.dmv.ny.gov has helpful information, forms, publications, and important safety advice. We want to bring you the best in online services and information.

**EXHIBIT E**

STATE OF NEW YORK:
COUNTY OF NEW YORK:

BEFORE ME, the undersigned Notary Public, personally appeared David Morrison, who currently resides at 145 E. 23rd Street  New York, NY 10010 in the County of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his/her knowledge:

I, David Morrison, purposely changed my party affiliation as a voter in New York State on October 8, 2015.

I called the Board of Elections on October 8, 2015 and asked how to update my information and change my party affiliation. I was told they could handle it over the phone. I have proof of the call. I changed my party affiliation to Democrat.

The Board of Elections mailed an absentee ballot to my new address. I have a handwritten envelope dated October 8, 2015.

I checked my voter registration online on March 27, 2016 and discovered that my party affiliation was: *unchanged.*

I called the Board of Elections again and was told to go to the Post Office - a different response than I received on the October 8, 2015 call. I got my registration mailed before the deadline, checked my registration again, and had a new address but no party affiliation.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_David Morrison_ Date: 4/18/2016
David Morrison

**Notary Public**

On this the 18th day of April, 2016  the foregoing affidavit was sworn to and subscribed before me by David Morrison, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_Steven E Hiller_
(Name)

_Steven E Hille_ _____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires 11/30/2017

STEVEN E. MILLER
Notary Public, State of New York
No. 01HI4507658
Qualified in New York County
Commission Expires November 30, 2017



| Election District (ED)<br>Distrito electoral (ED)<br>選區 (ED)<br>선거구 (ED)<br>ইলেকশন ডিস্ট্রিক্ট (ED)<br>**031** | Assembly District (AD)<br>Distrito de asamblea (AD)<br>州眾議會選區 (AD)<br>주의회 선거구 (AD)<br>এসেম্বলি ডিস্ট্রিক্ট (AD)<br>**75** | Serial number<br>Numero de serie<br>登記表記序號<br>씨리얼 번호<br>সিরিয়াল নম্বর<br>**410948022** |
|---|---|---|

| Congressional District<br>Distrito del congreso<br>國會選區<br>국회 지역구<br>কংগ্রেসনাল ডিস্ট্রিক্ট<br>**12** | State Senatorial District<br>Distrito senatorial del estado<br>州 參議院區<br>주 상원의원<br>স্টেট সিনেটোরিয়াল ডিস্ট্রিক্ট<br>**28** | Council District<br>Distrito del consejo<br>市議會選區<br>의회 지구<br>কাউন্সিল ডিস্ট্রিক্ট<br>**02** | Civil Court District<br>Distrito de la corte civil<br>民事法院區<br>민사 법원 지역구<br>সিভিল কোর্ট ডিস্ট্রিক্ট<br>**04** |
|---|---|---|---|

| Party  Partido  黨籍  정당  পার্টি |
|---|
| **NONE** |

| Name  Nombre  姓名  이름  নাম |
|---|
| **DAVID F MORRISON** |

| Future Party<br>Partido Nuevo<br>未來黨籍<br>미래 정당<br>ফিউচার পার্টি | Effective Date November 15, 2016<br>Fecha Efectiva Noviembre 15, 2016<br>生效日期 2016年 11月 15日<br>다음날부터 유효됩니다 2016년 11월 15일<br>কার্যকর হওয়ার তারিখ  November 15, 2016 |
|---|---|

**YOUR REGISTRATION REMAINS IN EFFECT. CHANGES AND/OR CORRECTIONS TO YOUR ELECTION DISTRICT/ ASSEMBLY DISTRICT (ED/AD) AND POLLING PLACE IS SHOWN.**

**SU INSCRIPCION PERMANECE EN EFECTO. CAMBIOS Y/0 CORRECIONES A SU DISTRITO ELECTORAL/ DISTRITO DE ASAMBLEA (ED/AD) Y CENTRO DE VOTACION SE MUESTRAN.**

您的選民登記持續有效。
您的選區/州眾議會選區(ED/AD)和投票處的變更如示

귀하의 투표 등록은 유효합니다.
귀하의 변경이나 수정된 선거구와 주의원 선거구(ED/AD)
그리고 투표소는 아래와 같습니다

আপনার নিবন্ধন বহাল আছে। আপনার
পরিবর্তিত এবং/ অথবা সংশোধিত
ইলেকশন ডিস্ট্রিক্ট/ এসেম্বলি ডিস্ট্রিক্ট
(ইডি/এডি) এবং ভোটকেন্দ্র উল্লেখ করা হল।

You received this notice for the following reason:
Usted ha recibido este aviso por la sigueiente razón:
您是基於下列理由收到本通知書:
귀하가 이 통지서를 받게되신 이유는 다음과 같습니다:
নিম্ন উল্লেখিত কারণে আপনাকে এই নোটিশটি পাঠানো হয়েছে:

| | |
|---|---|
| | **1. New Registration**<br>Nueva Registración<br>新選民登記<br>신규 등록<br>নতুন নিবন্ধন |
| **X** | **2. Reinstatement**<br>Revalidación<br>恢復選民登記<br>원상 복구<br>পুনর্বহাল |
| | **3. Request for card**<br>Solicitud por tarjeta<br>索取選民卡<br>카드 요청<br>কার্ডের জন্য আবেদন |
| | **4. Change of  Enrollment and /or Enrollment Date**<br>Cambio de Inscripción y/o fecha de inscripción<br>變更黨籍登記和/ 或變更登記日期<br>당적 변경 및/또는 변경날짜<br>তালিকাভুক্তির এবং/অথবা তালিকাভুক্তির পরিবর্তনের তারিখ |
| **X** | **5. Change Name**<br>Cambio de Nombre<br>變更姓名<br>이름 변경<br>নাম পরিবর্তন |
| | **6. Change ED/AD**<br>Cambio de ED/AD<br>變更選區<br>선거구 변경<br>ইডি/এডি পরিবর্তন |
| | **7. Other**<br>Otro<br>其它<br>기타<br>অন্যান্য |

FOLLOW SIGNS / SIGA LAS SENALES / 跟隨標誌 / 표지를 따라 가십시오. / ভোটকেন্দ্রের দিকনির্দেশনা

POLLING PLACE / CENTRO DE VOTACION / 投票處 / 투표장소 / ভোটকেন্দ্র

**Baruch College Vertical Campus**

**55 Lexington Avenue New York**

The effective date of the changes made to this notice was    **03/30/2016**

La fecha efectiva de los cambios realizados en esta notificación era    **03/30/2016**

本通知書的變更生效日期為 **03/30/2016**

이 통지서의 변경된 유효 날자는 다음날부터 입니다. **03/30/2016**

এই বিজ্ঞপ্তির পরিবর্তনগুলো কার্যকর হওয়ার তারিখ **03/30/2016**

For instructions on how to vote please visit our website www.vote.nyc.ny.us and be sure to look for our Information Notice mailing in August for voting instructions and Poll Site information.

Para instrucciones sobre cómo votar, por favor visite nuestro sitio web www.vote.nyc.ny.us y asegúrese de buscar nuestro Aviso de Información por correo en Agosto para instrucciones para votar e información de su centro votación.

請造訪選舉局網站www.vote.nyc.ny.us 查詢投票說明並留意選舉局在八月份寄出的選舉說明和投票處資訊通知。

투표 방법에 관하여는 웹사이트 www.vote.nyc.ny.us 으로 가시거나 8월에 우편으로 보내는
우리의 정보 통지를 이용하시어 투표 방법이나 투표소 정보를 얻으시기 바랍니다.

অনুগ্রহ করে ভোটদানের পদ্ধতি এবং আপনার ভোটকেন্দ্রের অবস্থান জানার জন্য আমাদের ওয়েবসাইট www.vote.nyc.ny.us এবং আগাস্ট মাসে ডাকযোগে পাঠানো আমাদের ইনফরমেশন নোটিশটি দেখুন।



**EXHIBIT F**

STATE OF NEW YORK:
COUNTY OF QUEENS:

BEFORE ME, the undersigned Notary Public, personally appeared Ashley Peacock, who currently resides at 4610 Center Blvd., Apt.1112, Long Island City, NY 11109 in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of her knowledge:

I, Ashley Peacock, registered to vote in New York State for the first time online, on March 23, 2016.

My party registration was as a Democrat.

I received confirmation from the NYSDMV that my registration was sent to the Board of Elections. I was given a confirmation number as well as the date and time that it was processed. On April 13, 2016 I called the Board of Elections to confirm my registration; they couldn't find me in the system and suggested that I call the DMV. I called the DMV and spoke with a gentleman named Thomas, who was unable to get any information because "the systems were down." I was put on hold for a very long time; when someone else answered the phone, they said they could not hear me on the other line and then hung up. I then contacted the NY State Board of Elections Division of Election Law Enforcement and was assigned to a man named Patrick, who has yet to get back to me with information about why my registration was not processed.

I would like my voter registration to be corrected but have not yet been able to accomplish that.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____   Date: _4/18/16_
Ashley Peacock

**Notary Public**

On this the 18 day of April 2016 the foregoing affidavit was sworn to and subscribed before me by Ashley Peacock, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_Yomar Garcia_____
(Name)

_____ (Affix seal)    #01GA6241036
(Signature)                               Qualified in Queens County

*NOTARY PUBLIC*

My Commission Expires _5/09/2019_

## NYSVoter Public Information -

To use this page, you must be a registered voter in the New York State.

Please enter your Last Name, First Name, Date of Birth, County and Address information and press the "Search" button

Mandatory Fields are indicated by *

## Voter Information

| | | |
|---|---|---|
| **Last Name** | Peacock * | **First Name** | Ashley * |
| **Date Of Birth** | 05/25/1985 * MM/DD/YYYY | **County** | Queens * |
| **ZIP Code** | 11109 * | | |

[ Search ]   [ Clear ]

**No Matches Found**  Please contact your County Board of Elections

**EXHIBIT  G**

STATE OF NEW YORK:
COUNTY OF ROCKLAND:

BEFORE ME, the undersigned Notary Public, personally appeared STEVEN RICHTER, who currently resides at 238 Depew Ave. Apt. A _Nyack NY 10960_ , in the county of ROCKLAND and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his knowledge:

I, STEVEN RICHTER, purposefully changed my party affiliation online to Democrat in New York State on 9/20/2015.

My party registration was as a Democrat.

I received confirmation of my registration, including acknowledgement of my Democratic Party affiliation, with confirmation number _____. I received an email from that day welcoming me to the Democratic party.

I checked my voter registration online on 4/14/2016 and discovered that my party affiliation had been changed to: *not affiliated with any party.*

I would like my altered voter registration to be corrected but have not yet been able to accomplish that.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: _4/18/16_

**Notary Public**

On this the _18th_ day of _Apr_ , 2016 the foregoing affidavit was sworn to and subscribed before me by STEVEN RICHTER, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_John Pomeroy_
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires _____

```
JOHN POMEROY
Notary Public - State of New York
NO. 01PO6164355
Qualified in Rockland County
My Commission Expires  1/16/19
```

**EXHIBIT H**

---------- Forwarded message ----------
From: "DNC HQ" <<u>noreply@democrats.org</u>>
Date: Sep 20, 2015 2:39 PM
Subject: Thanks - now take the next step
To: <<u>steevrichter@gmail.com</u>>
Cc:



**Thanks for signing up -- and welcome to the Democratic Party!**

**We're relying on supporters like you to help Democrats take back Congress and keep Republicans away from the White House.**

**Here are three quick, easy things you can do right now to help elect Democrats:**

1. **Spread the word. Let your friends know that you've committed to electing Democrats, and ask them to join you! <u>Share on Facebook</u> or <u>tweet</u> that you're in.**

2. **Make a donation. We rely on supporters like you to make sure that our candidates have the resources they need to win. Your donation of $10 or more today will support Democrats who are fighting for our values at every level: <u>https://my.democrats.org/Invest-in-Democrats</u>**

3. **Become a Factivist. Help get out the facts about Republican candidates and their disastrous policies. <u>Sign up to become a Factivist today,</u> and we'll make sure you get the latest information to share with your friends and neighbors.**

**Thanks for staying involved,**

**DNC HQ**

STATE OF NEW YORK:
COUNTY OF KINGS:


BEFORE ME, the undersigned Notary Public, personally appeared Emily Braunstein, who currently resides at 2028 East 55th Street, Brooklyn NY 11234, in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of her knowledge:

I, Emily Braunstein, registered by mail as a voter in New York State on January 1, 2012.

I registered as a Democrat.

I called the Board of Elections to confirm.

I checked my voter registration online on April 7, 2016 and discovered that my party affiliation had been changed to: *no longer affiliated with a party (independent)*.

I called the Board of Elections to tell them that I was a Democrat but for some reason I was removed. They said they can't help me.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____   Date: ___4/15/16___
Emily Braunstein


**Notary Public**

On this the 15 day of April , 2016  the foregoing affidavit was sworn to and subscribed before me by Emily Braunstein, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_Zakree Khan_____
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires 10/19/2019

ZAKREE KHAN
NOTARY
NO. 01KH6331868
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
10/19/2019
PUBLIC
STATE OF NEW YORK

EXHIBIT  I

STATE OF NEW YORK:
COUNTY OF ~~QUEENS~~ Schenectady

BEFORE ME, the undersigned Notary Public, personally appeared Christopher William Britten, who currently resides at 143 2nd Ave Apt 2F, Troy, New York, in the county of Rensselaer and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his knowledge:

I, Christopher William Britten, registered on-line at the DMV site to vote for the first time in New York State on March 17, 2016.

My party registration was as a Democrat.

I received email confirmation of my registration (and a confirmation number).

I checked my voter registration online on April 14, 2016 and discovered that my party affiliation had been changed to: *not registered*.

I tried to re-register 4/14/2016 and still says not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: 4/15/16
Christopher William Britten

**Notary Public**

On this the 15th day of April, 2016 the foregoing affidavit was sworn to and subscribed before me by Christopher William Britten, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

Aleena Gilani
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires June 29, 2019

Aleena Gilani
Notary Public, State of New York
Qualified in Albany County
No. 01GI6326823
Commission Expires June 29, 2019

**EXHIBIT J**

STATE OF NEW YORK:
COUNTY OF QUEENS:
        Kings

BEFORE ME, the undersigned Notary Public, personally appeared Lisa Kanbar, who currently resides
at 298 12th ST 1R, Brooklyn NY, 11215, in the county of Kings and makes this statement and affidavit
upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein
are true and correct to the best of her knowledge:

I, Lisa Kanbar, registered on-line to vote for the first time as a voter in New York State on August 5,
2015.

My party registration was as a Democrat but when I received confirmation of my registration by mail
it listed my party as *NONE*.

I checked my voter registration online on April 14, 2016 and discovered that the election registrar
switched my affiliation from my chosen party to another party, without my knowledge.

I would like my altered voter registration to be corrected but have not yet been able to accomplish that.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and
correct.

_____          Date: 4/18/16
Lisa Kanbar

**Notary Public**

On this the 18th day of April, 2016 the foregoing affidavit was sworn to and subscribed before me by
Lisa Kanbar, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

Norma l. Bowen
(Name)
Norma O Bowen  (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires  9/22/18

NORMA IVETTE BOWEN
Notary Public - State of New York
NO. 01BO6311655
Qualified in Kings County
My Commission Expires Sep 22, 2018

# EXHIBIT K

STATE OF NEW YORK:
COUNTY OF ONONDAGA:

BEFORE ME, the undersigned Notary Public, personally appeared Lisa A. Beattie, who currently resides at 201 Turner Avenue, Syracuse, NY 13219 in the County of Onondaga and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his/her knowledge:

I, Lisa A, Beattie, am a registered voter in New York State. I registered on September 1, 1989 through the New York State Department of Motor Vehicles when I received my drivers' license.

I registered as a Democrat.

I usually receive a yellow card before any election (both general and primary elections) with my correct name, address, party affiliation, and polling place.

I checked my voter registration online on April 11, 2016 and discovered that my registration status was: *not registered.*

On April 11, 2016 I called the Onondaga County Board of Elections and also the New York State Board of Elections. Somehow my info was "merged " or removed and changed to a different last name "Davidson" and her address. I was told it happened because I and another Lisa reside in the same county and share the same first name and same birth date. They fixed it in the computer, but since the polling books are already printed, I have to vote using an affidavit ballot.

I would like my altered voter registration to be corrected but have not yet been able to accomplish that.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

*Lisa A. Beattie*   Date: 4/18/16
Lisa A. Beattie

**Notary Public**

On this the 18th day of April, 2016  the foregoing affidavit was sworn to and subscribed before me by Lisa A. Beattie, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

Lori Peterson
(Name)

*Lori Peterson*   (Affix seal)
(Signature)

LORI PETERSON
Notary Public, State of New York
Qualified in Onon. Co.  No. 01PE6017160
Commission Expires Dec. 07, 20 18

*NOTARY PUBLIC*

My Commission Expires   12-7-2018

 Accessible

| '6374 | Your Party Affiliation is  Democratic |

RESIDENCE ADDRESS: 201 TURNER AVE
SYRACUSE NY 13219



**ATTENTION VOTER:** If you still reside at the above address, you may continue to vote at the polling place shown on this card. Knowing your election district will help speed the check in process at the polls.

- If you move from this address, but remain in the same county, send your change of address to the Board of Elections, so that your records may be updated.
- If you have not notified the Board of your change of address, you may vote on a paper ballot at your new polling place on election day, and have your records updated at that time.
- If you move out of the county, you must re-register to vote in that new county.

If you will be out of the county on Primary or General Election day, or if you are ill or physically disabled, you may contact the County Board of Elections to apply for an absentee ballot or to make alternate voting arrangements.

If you are interested in serving as an election day worker, need an absentee ballot application or voter registration forms, or have other questions, please contact the Board of Elections at **(315) 435-3312** or www.ongov.net/elections.

Commissioner:
Dustin M. Czarny

Commissioner:
Helen Kiggins Walsh

**YOUR POLLING PLACE IS →**      CAMILLUS MUNICIPAL BLDG
4600 W GENESEE ST
SYRACUSE NY 13219

*The Following is your Jurisdictional Information*

| Town Ward District | Camillus   000   004 |
|---|---|
| Congressional District | 024 |
| State Senatorial | 050 |
| Assembly District | 126 |
| County Legislative District | 006 |



## IMPORTANT NOTICE

**Primary Election:**
**Thursday, September 10, 2015**
Polls open Noon until 9:00 PM.
You must be enrolled in a party having a Primary.

**General Election:  Tuesday, November 3, 2015**
Polls open 6:00 AM until 9:00 PM.

If you need further information please contact
Commissioner: Dustin M. Czarny   Commissioner: Helen Kiggins Walsh
(315) 435-3312 or www.ongov.net/elections

# EXHIBIT L

STATE OF NEW YORK:
COUNTY OF QUEENS :

BEFORE ME, the undersigned Notary Public, personally appeared Michelle Olmo Garcia, who currently resides at 962 E 172nd St. Apt 4B, Bronx, NY 10460, in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of her knowledge:

I, Michelle Olmo Garcia, registered at DMV I registered to vote in New York State for the first time on April 10, 2008.

My party registration was as a Democrat.

I haven't received any confirmation as of yet and I cannot be found on the voter system for no apparent reason.

I checked my voter registration online on April 13, 2016 and discovered that my party affiliation had been changed to: *I was not found in the system.*

I was unaware until today (April 14, 2016).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_Michelle Olmo Garcia_ Date: 4/16/16
Michelle Olmo Garcia

**Notary Public**

On this the 16th day of April , 2016  the foregoing affidavit was sworn to and subscribed before me by Michelle Olmo Garcia, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_Joyce Taylor_
(Name)

_Joel Taylor_                    (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires _____

JOYCE TAYLOR
NOTARY PUBLIC STATE OF NEW YORK
NO. 01TA6139525
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JANUARY 9, 2018

# EXHIBIT M

STATE OF NEW YORK:
COUNTY OF QUEENS :

BEFORE ME, the undersigned Notary Public, personally appeared Edgar Marty, who currently resides at 112-12 95th Avenue South Richmond Hill, NY 11419, in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of his knowledge:

I, Edgar Marty, purposefully changed my party affiliation on-line as a voter in New York State on October 1, 2015 by downloading the forms and mailing to the Queens County Board of Elections in Forest Hills, NY.

My party registration was as a Democrat.

I did not receive any acknowledgement.

I checked my voter registration on April 14, 2016 and discovered that my party affiliation is still with the Working Families Party but I had registered as a Democrat to vote in the primary.

I was directed to the Election Justice USA website with the hope to correct the error.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: 4/15/2016
Edgar Marty

**Notary Public**

On this the 15th day of April, 2016 the foregoing affidavit was sworn to and subscribed before me by Edgar Marty, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)
(Signature)

*NOTARY PUBLIC*

My Commission Expires _____

AMARJEET S MULTANi
Notary Public, State of New York
Reg. No. 01MU6103749
Qualified in Queens County
My Commission Expires Jan. 12, 2020

# EXHIBIT N

STATE OF NEW YORK:
COUNTY OF QUEENS :

BEFORE ME, the undersigned Notary Public, personally appeared Rebecca Peebles, who currently resides at 540 W. 146th Street #33, NY, NY 10031, in the county of Manhattan and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of her knowledge:

I, Rebecca Peebles, registered with the DMV to vote for the first time in New York State on April 14, 2003.

My party registration was as a Democrat.

I received confirmation of my registration by mail.

I checked my voter registration online on March 24, 2016 and discovered that my party affiliation had been changed to: *No longer affiliated with a party (independent).*

There were many warnings being posted online about voter registrations and I almost didn't check because I've always been a registered Democrat. Good thing I checked, but it was the end of the day Thursday, March 24. First thing on Friday morning, March 25th, I contacted the local Board of Elections in NYC. I spoke with a gentleman who said he "saw the problem" and he corrected it for me. I found it interesting that even though the deadline for changing party affiliation was way back in October that I had little difficulty correcting it. My registration was still under my maiden name (I married in 2013) and he also advised me to print a voter registration form, mail it THAT day so it would postmarked in time to get the name change, and he made sure to tell me to check Democratic party on that form. I did what he suggested and mailed it March 25th with a tracking number to ensure delivery. I then double checked my registration online that same day and it was still coming up "Independence" party. This time I called the BOE in Albany to check it for me as well. She assured me I was coming up a registered Democrat. I check often and will until I vote Tuesday as I keep hearing of registration problems happening here in NY.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

*Rebecca Peebles*   Date: 4/15/2016
Rebecca Peebles


**Notary Public**

On this the 15TH day of APRIL, 2016  the foregoing affidavit was sworn to and subscribed before me by Rebecca Peebles, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

*Frank P Santry*
(Name)

_Frank Santry_ (Affix seal)
(Signature)

_NOTARY PUBLIC_

My Commission Expires _03_ _01_ _2018_

```
FRANK P SANTRY
Notary Public - State of New York
NO. 01SA6218173
Qualified in Nassau County
My Commission Expires Mar 1, 2018
```

# EXHIBIT O

STATE OF NEW YORK:
COUNTY OF: KINGS


BEFORE ME, the undersigned Notary Public, personally appeared CASEY JAMES DISKIN
, who currently resides at 721 DRIGGS AVE. #1 in the county of KINGS and makes t
his statement and affidavit upon oath and affirmation of belief and personal kno
wledge that the matters and facts set forth herein are true and correct to the b
est of their knowledge:

I, CASEY JAMES DISKIN, registered on 11/13/2012, when I registered to vote in NY
 for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by CASEY JAMES DISKIN, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York

BEFORE ME, the undersigned Notary Public, personally appeared Cassie Hultin, who currently resides at 73 W 85th Apt B, New York NY 10024 in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Cassie Hultin, registered on 1/1/2012, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/22/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Cassie Hultin, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Erie

BEFORE ME, the undersigned Notary Public, personally appeared Eben Piazza , who
currently resides at 35 richmond ave apartment 2 Buffalo NY 14222 in the county
of Erie and makes this statement and affidavit upon oath and affirmation of beli
ef and personal knowledge that the matters and facts set forth herein are true a
nd correct to the best of their knowledge:

I, Eben Piazza , registered on 1/14/2007, when I registered to vote in NY for th
e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: switched to unaffiliated .

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Eben Piazza , known or proven to me to be the person whose
 name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Edward Charles Edwards, who currently resides at 215 Wynsum Avenue Merrick, NY 11566 in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Edward Charles Edwards, registered on 5/14/1962, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Edward Charles Edwards, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Elizabeth Wargas, who currently resides at 1084 Home St apt 4M in the county of Bronx and makes th is statement and affidavit upon oath and affirmation of belief and personal know ledge that the matters and facts set forth herein are true and correct to the be st of their knowledge:

I, Elizabeth Wargas, registered on 1/15/1991, when I registered to vote in NY fo r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Elizabeth Wargas, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: kings


BEFORE ME, the undersigned Notary Public, personally appeared Eve Sussman, who c
urrently resides at 475 Kent Ave #903, Brooklyn NY, 11249 in the county of kings
 and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and corr
ect to the best of their knowledge:

I, Eve Sussman, registered on 2/1/1985, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on "Voter Status and discovered that my v
oter registration had been changed in the following way: : ""Inactive"". Moved t
o ""Column X""".

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Eve Sussman, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Francine Diaz, who currently resides at 1274 Lafayette Ave 3E in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Francine Diaz, registered on 9/10/2014, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Francine Diaz, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Gregory Brooks, wh
o currently resides at 1830 Jane Street, Wantagh, NY, 11793 in the county of Nas
sau and makes this statement and affidavit upon oath and affirmation of belief a
nd personal knowledge that the matters and facts set forth herein are true and c
orrect to the best of their knowledge:

I, Gregory Brooks, registered on 9/14/2008, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Gregory Brooks, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: bronx


BEFORE ME, the undersigned Notary Public, personally appeared Hillary Jo Frisbie
, who currently resides at 2416 Bathgate Ave, Bronx, NY in the county of bronx a
nd makes this statement and affidavit upon oath and affirmation of belief and pe
rsonal knowledge that the matters and facts set forth herein are true and correc
t to the best of their knowledge:

I, Hillary Jo Frisbie, registered on 7/20/2000, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/9/2016 and discovered that my voter
registration had been changed in the following way: Registered in the wrong loca
tion .

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Hillary Jo Frisbie, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____