STATE OF NEW YORK:
COUNTY OF: Albany


BEFORE ME, the undersigned Notary Public, personally appeared Jessica R. Semon, who currently resides at 2 Thurlow Terrace Apt 6N in the county of Albany and ma kes this statement and affidavit upon oath and affirmation of belief and persona l knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jessica R. Semon, registered on 2/25/1991, when I registered to vote in NY fo r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: canivote.org & Albany Count y BOE online could not find my registration. I called the county clerk, and he s aid I was registered at a previous address..

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Jessica R. Semon, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: St. Lawrence

BEFORE ME, the undersigned Notary Public, personally appeared Joanne L. Wallace, who currently resides at 212 Wilson Road, Colton, NY 13625 in the county of St. Lawrence and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Joanne L. Wallace, registered on 1/1/1980, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: Unable to confirm my registration on https://voterlookup.elections.state.ny.us/VoterSearch.aspx.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Joanne L. Wallace, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Jonas Borra, who c
urrently resides at 1 landmark sq apt 401 in the county of Westchester and makes
 this statement and affidavit upon oath and affirmation of belief and personal k
nowledge that the matters and facts set forth herein are true and correct to the
 best of their knowledge:

I, Jonas Borra, registered on 10/1/2004, when I registered to vote in NY for the
 first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/28/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jonas Borra, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Kathleen Menegozzi
, who currently resides at 248 McKibbin Street, Brooklyn NY 11206 in the county
of Kings and makes this statement and affidavit upon oath and affirmation of bel
ief and personal knowledge that the matters and facts set forth herein are true
and correct to the best of their knowledge:

I, Kathleen Menegozzi, registered on 6/1/2008, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/30/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kathleen Menegozzi, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Wayne


BEFORE ME, the undersigned Notary Public, personally appeared Kathryn Hodgson, who currently resides at 6551 Tuckahoe Road in the county of Wayne and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Kathryn Hodgson, registered on 6/17/2013, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: No party was filled out on my form..

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Kathryn Hodgson, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Ulster


BEFORE ME, the undersigned Notary Public, personally appeared Laura Siegel, who currently resides at 705 Wittenberg Rd Mt Tremper NY 12457 in the county of Ulster and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Laura Siegel, registered on 9/1/2004, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/15/2016 and discovered that my voter registration had been changed in the following way: Not registered with a party ; voter status "inactive".

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Laura Siegel, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Marcos T Molina, w
ho currently resides at 212-29 Hillside Ave Queens village NY 11427 in the count
y of Queens and makes this statement and affidavit upon oath and affirmation of
belief and personal knowledge that the matters and facts set forth herein are tr
ue and correct to the best of their knowledge:

I, Marcos T Molina, registered on 1/1/2012, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Nothing came up on screen a
nd told to contact board of elections. Said has been cancelled ..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Marcos T Molina, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Martha Folmsbee, who currently resides at 12 Beech Ct, Glen Cove NY in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Martha Folmsbee, registered on 6/1/2007, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Martha Folmsbee, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Matthew Huntington , who currently resides at 94 Walnut Rd in the county of Westchester and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Matthew Huntington, registered on 1/1/2012, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/5/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Matthew Huntington, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk

BEFORE ME, the undersigned Notary Public, personally appeared Peter Jesse Packard, who currently resides at 138 Osceola ave in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Peter Jesse Packard, registered on 3/15/2006, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/27/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Peter Jesse Packard, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Saul Dinnerstein, who currently resides at 557 Atlantic Ave. apt 3DS in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Saul Dinnerstein, registered on 1/1/2013, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Saul Dinnerstein, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: queens

BEFORE ME, the undersigned Notary Public, personally appeared Tanisha Albert, who currently resides at 11405 Ovid Place in the county of queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Tanisha Albert, registered on 6/29/2013, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Tanisha Albert, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared William D James , who currently resides at 495 Odell Ave 5A Yonkers, Ny 10703 in the county of Westchester and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, William D James , registered on 6/5/2004, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 11/1/2012 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by William D James , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Yovani Broadus, who currently resides at 1339 Lincoln Place in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Yovani Broadus, registered on 4/13/2000, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/28/2016 and discovered that my voter registration had been changed in the following way: Listed as inactive.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Yovani Broadus, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT P

STATE OF NEW YORK:
COUNTY OF: Greene


BEFORE ME, the undersigned Notary Public, personally appeared Agenta Russo, who currently resides at 72 kings rd Coxsackie NY 12051 in the county of Greene and makes this statement and affidavit upon oath and affirmation of belief and perso nal knowledge that the matters and facts set forth herein are true and correct t o the best of their knowledge:

I, Agenta Russo, registered on 6/20/2006, when I registered to vote in NY for th e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Agenta Russo, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Oneida


BEFORE ME, the undersigned Notary Public, personally appeared Alison Scafe, who currently resides at 9520 Maynard Dr. Marcy, NY 13403 in the county of Oneida an d makes this statement and affidavit upon oath and affirmation of belief and per sonal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alison Scafe, registered on 4/22/2000, when I registered to vote in NY for th e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Alison Scafe, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Alkistis Karatzis, who currently resides at 1974 51st street apt 3F in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alkistis Karatzis , registered on 8/22/2012, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 5/10/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Alkistis Karatzis , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Allegany


BEFORE ME, the undersigned Notary Public, personally appeared Allen C. Harris, who currently resides at 83 Center St. Angelica NY 14709 in the county of Allegany and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Allen C. Harris, registered on 7/23/2011, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Allen C. Harris, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk

BEFORE ME, the undersigned Notary Public, personally appeared Amanda Lee, who cu
rrently resides at 5 Garden Road Sound Beach NY 11789 in the county of Suffolk a
nd makes this statement and affidavit upon oath and affirmation of belief and pe
rsonal knowledge that the matters and facts set forth herein are true and correc
t to the best of their knowledge:

I, Amanda Lee, registered on 5/1/2012, when I registered to vote in NY for the f
irst time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Amanda Lee, known or proven to me to be the person whose n
ame is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)
(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Onondaga


BEFORE ME, the undersigned Notary Public, personally appeared Amanda Marie Saunders, who currently resides at 113 Brookside Ln in the county of Onondaga and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Amanda Marie Saunders, registered on 9/1/2011, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Amanda Marie Saunders, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Angelika A Nyzio , who currently resides at 265 Nassau Ave in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Angelika A Nyzio , registered on 2/24/2004, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/6/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Angelika A Nyzio , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Anne Tobey Bassen, who currently resides at 271 19th St, Apt 1, Brooklyn, NY 11215 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Anne Tobey Bassen, registered on 1/1/1996, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Anne Tobey Bassen, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)                          _

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Arleen Ayala, who currently resides at 2535 Linden blvd in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Arleen Ayala, registered on 11/18/1999, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Arleen Ayala, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Barry Wiseman, who
 currently resides at 7 Woodland Road Mount Kisco NY 10549 in the county of West
chester and makes this statement and affidavit upon oath and affirmation of beli
ef and personal knowledge that the matters and facts set forth herein are true a
nd correct to the best of their knowledge:

I, Barry Wiseman, registered on 9/5/1968, when I registered to vote in NY for th
e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Barry Wiseman, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Bradach Walsh , wh
o currently resides at 170 beach 91st st apt 1 Rockaway beach ny 11693 in the co
unty of Queens and makes this statement and affidavit upon oath and affirmation
of belief and personal knowledge that the matters and facts set forth herein are
 true and correct to the best of their knowledge:

I, Bradach Walsh , registered on 11/1/2008, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Bradach Walsh , known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Monroe


BEFORE ME, the undersigned Notary Public, personally appeared Daniel Cocozzelli, who currently resides at 455 CROSBY LN in the county of Monroe and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Daniel Cocozzelli, registered on 8/1/2014, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Daniel Cocozzelli, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Ulster


BEFORE ME, the undersigned Notary Public, personally appeared Douglas Barthel, w
ho currently resides at 180 Yerry hill rd Woodstock my 12498 in the county of Ul
ster and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Douglas Barthel, registered on 9/30/1984, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Douglas Barthel, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Erich Faver, who c
urrently resides at 4 Rogers Street in the county of Suffolk and makes this stat
ement and affidavit upon oath and affirmation of belief and personal knowledge t
hat the matters and facts set forth herein are true and correct to the best of t
heir knowledge:

I, Erich Faver, registered on 4/1/2005, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/22/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Erich Faver, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Erik Werner, who c
urrently resides at 583 W 215th St Apt A7 in the county of New York and makes th
is statement and affidavit upon oath and affirmation of belief and personal know
ledge that the matters and facts set forth herein are true and correct to the be
st of their knowledge:

I, Erik Werner, registered on 11/26/2007, when I registered to vote in NY for th
e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/3/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Erik Werner, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

_____
(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Herkimer

BEFORE ME, the undersigned Notary Public, personally appeared Erika Cooper Tomas
i, who currently resides at 342 4th ace Frankfort NY 13340 in the county of Herk
imer and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Erika Cooper Tomasi, registered on 11/1/1999, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Erika Cooper Tomasi, known or proven to me to be the perso
n whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Francesca Beer, wh
o currently resides at 66 Campbell Avenue, Williston Park, NY, 11596 in the coun
ty of Nassau and makes this statement and affidavit upon oath and affirmation of
 belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Francesca Beer, registered on 3/1/2011, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Francesca Beer, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)


(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Gabrielle Mariano
, who currently resides at 1836 78th Streer in the county of Kings and makes thi
s statement and affidavit upon oath and affirmation of belief and personal knowl
edge that the matters and facts set forth herein are true and correct to the bes
t of their knowledge:

I, Gabrielle Mariano , registered on 11/1/2008, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/22/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Gabrielle Mariano , known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared George Herrera, wh
o currently resides at 752 West Park Ave Long Beach, NY 11561 in the county of N
assau and makes this statement and affidavit upon oath and affirmation of belief
 and personal knowledge that the matters and facts set forth herein are true and
 correct to the best of their knowledge:

I, George Herrera, registered on 9/10/2012, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by George Herrera, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)


(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chemung

BEFORE ME, the undersigned Notary Public, personally appeared Jamie Lynn Sterling, who currently resides at 203 west hill rd elmira ny 14903 in the county of Chemung and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jamie Lynn Sterling, registered on 4/13/2007, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jamie Lynn Sterling, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Dutchess


BEFORE ME, the undersigned Notary Public, personally appeared Janet Christine Hughes , who currently resides at 531 creek road Poughkeepsie, NY 12601 in the county of Dutchess and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Janet Christine Hughes , registered on 12/10/2004, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Janet Christine Hughes , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Joanna Viscuso, wh
o currently resides at 555 Arlington Drive in the county of Nassau and makes thi
s statement and affidavit upon oath and affirmation of belief and personal knowl
edge that the matters and facts set forth herein are true and correct to the bes
t of their knowledge:

I, Joanna Viscuso, registered on 7/25/2014, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Joanna Viscuso, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared John Refano, who c
urrently resides at 28 Newel St Apt 3A Brooklyn, NY 11222 in the county of Kings
 and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and corr
ect to the best of their knowledge:

I, John Refano, registered on 7/1/2010, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by John Refano, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Fulton

BEFORE ME, the undersigned Notary Public, personally appeared Karissa Fitzgerald
, who currently resides at 195 reidel rd, Amsterdam Ny 12010 in the county of Fu
lton and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Karissa Fitzgerald, registered on 4/14/2012, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/2/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Karissa Fitzgerald, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Northport

BEFORE ME, the undersigned Notary Public, personally appeared Kevin Freeman, who
 currently resides at 25 West Street in the county of Northport and makes this s
tatement and affidavit upon oath and affirmation of belief and personal knowledg
e that the matters and facts set forth herein are true and correct to the best o
f their knowledge:

I, Kevin Freeman, registered on 5/5/2009, when I registered to vote in NY for th
e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kevin Freeman, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Clinton


BEFORE ME, the undersigned Notary Public, personally appeared Lauren Elaine East
woos, who currently resides at 9 Grace Ave in the county of Clinton and makes th
is statement and affidavit upon oath and affirmation of belief and personal know
ledge that the matters and facts set forth herein are true and correct to the be
st of their knowledge:

I, Lauren Elaine Eastwoos, registered on 8/8/1993, when I registered to vote in
NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I ·declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lauren Elaine Eastwoos, known or proven to me to be the pe
rson whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Martha Macaluso, who currently resides at 512 N Newbridge Rd, Levittown, NY 11756 in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Martha Macaluso, registered on 10/10/2001, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/30/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Martha Macaluso, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Orange

BEFORE ME, the undersigned Notary Public, personally appeared Mary Elizabeth Morken, who currently resides at 138 Seward Avenue in the county of Orange and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Mary Elizabeth Morken, registered on 9/17/2008, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Mary Elizabeth Morken, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____,_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: nassau


BEFORE ME, the undersigned Notary Public, personally appeared Michael J Lemma, w
ho currently resides at 19 Vista lane in the county of nassau and makes this sta
tement and affidavit upon oath and affirmation of belief and personal knowledge
that the matters and facts set forth herein are true and correct to the best of
their knowledge:

I, Michael J Lemma, registered on 1/20/1984, when I registered to vote in NY for
 the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/2/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Michael J Lemma, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Molly Bernard, who currently resides at 2 Canfield Ave APT 304 White Plains, NY 10601 in the county of Westchester and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Molly Bernard, registered on 2/25/2008, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Molly Bernard, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Nicholas DeSantis
, who currently resides at 72 Park Avenue in the county of Westchester and makes
 this statement and affidavit upon oath and affirmation of belief and personal k
nowledge that the matters and facts set forth herein are true and correct to the
 best of their knowledge:

I, Nicholas DeSantis , registered on 10/15/2012, when I registered to vote in NY
 for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/13/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____ , 2016, the foregoing affidavit was sworn to and su
bscribed before me by Nicholas DeSantis , known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)


(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: chautauqua


BEFORE ME, the undersigned Notary Public, personally appeared nichole olmstead, who currently resides at 6175 Route 60 in the county of chautauqua and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, nichole olmstead, registered on 5/11/2000, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/16/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by nichole olmstead, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Orange

BEFORE ME, the undersigned Notary Public, personally appeared Norelis Santiago,
who currently resides at 221 Union Street, Montgomery, NY 12549 in the county of
 Orange and makes this statement and affidavit upon oath and affirmation of beli
ef and personal knowledge that the matters and facts set forth herein are true a
nd correct to the best of their knowledge:

I, Norelis Santiago, registered on 3/24/1997, when I registered to vote in NY fo
r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/1/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Norelis Santiago, known or proven to me to be the person w
hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Raymond J Tejada, who currently resides at 242 E.Argyle St Valley Stream NY 11580 in the county of Nassau and makes this statement and affidavit upon oath and affirmation of beli ef and personal knowledge that the matters and facts set forth herein are true a nd correct to the best of their knowledge:

I, Raymond J Tejada, registered on 5/1/2008, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Raymond J Tejada, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Robert B. Stein, w
ho currently resides at 852 59 street apt. 1 , Brooklyn , N.Y. in the county of
Kings and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Robert B. Stein, registered on 10/6/2008, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/16/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Robert B. Stein, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)


(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau, New York


BEFORE ME, the undersigned Notary Public, personally appeared Samantha Kindl , w
ho currently resides at 115 Floral Ave., Bethpage, NY 11714 in the county of Nas
sau, New York and makes this statement and affidavit upon oath and affirmation o
f belief and personal knowledge that the matters and facts set forth herein are
true and correct to the best of their knowledge:

I, Samantha Kindl , registered on 2/9/2008, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Samantha Kindl , known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Onondaga

BEFORE ME, the undersigned Notary Public, personally appeared Savannah May Hemler, who currently resides at 6638 Van Buren Rd in the county of Onondaga and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Savannah May Hemler, registered on 10/1/2008, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Savannah May Hemler, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Tara Autovino, who currently resides at 102 Roebling Street #3L Brooklyn, NY 11211 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Tara Autovino, registered on 10/1/2003, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Tara Autovino, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Thomas Hoagland, w
ho currently resides at 205 Prospect Place in the county of Kings and makes this
 statement and affidavit upon oath and affirmation of belief and personal knowle
dge that the matters and facts set forth herein are true and correct to the best
 of their knowledge:

I, Thomas Hoagland, registered on 4/14/2002, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Thomas Hoagland, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rennselaer

BEFORE ME, the undersigned Notary Public, personally appeared Tove Foss Ford, wh
o currently resides at 10 Van Every Ave., Troy, NY 12180 in the county of Rennse
laer and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Tove Foss Ford, registered on 5/10/2012, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/14/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Tove Foss Ford, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____