# EXHIBIT Q

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Alba Guerrero, who currently resides at 89-03 Liberty Ave 2nd floor in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alba Guerrero, registered on 5/9/2012, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/20/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Alba Guerrero, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rockland

BEFORE ME, the undersigned Notary Public, personally appeared Anthony Michael Ma
urer, who currently resides at 60 Campbell Ave. Tappan, N.Y. 10965 in the county
 of Rockland and makes this statement and affidavit upon oath and affirmation of
 belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Anthony Michael Maurer, registered on 10/20/2006, when I registered to vote i
n NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/7/2016 and discovered that my voter
registration had been changed in the following way: Still registered as a republ
ican even after I've tried to change it..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Anthony Michael Maurer, known or proven to me to be the pe
rson whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Benjamin Chadwick,
who currently resides at 185 Clinton Ave. Apt 14G in the county of Kings and ma
kes this statement and affidavit upon oath and affirmation of belief and persona
l knowledge that the matters and facts set forth herein are true and correct to
the best of their knowledge:

I, Benjamin Chadwick, registered on 10/20/2010, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: I am listed as a Green Party
voter but I do not remember exiting the Democratic Party, for which I was regis
tered in 2014..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Benjamin Chadwick, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Schenectady


BEFORE ME, the undersigned Notary Public, personally appeared Daniel Bennett, who currently resides at 2450 Van Vranken Ave H-17 Schenectady NY 12308 in the county of Schenectady and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Daniel Bennett, registered on 5/25/2005, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/21/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Daniel Bennett, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx

BEFORE ME, the undersigned Notary Public, personally appeared Gleb Nesis , who currently resides at 3419 Irwin Av in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Gleb Nesis , registered on 8/10/2004, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: Republican.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Gleb Nesis , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rensellear


BEFORE ME, the undersigned Notary Public, personally appeared Joshua Dunn, who c
urrently resides at 53 Melrose Valley Falls Rd in the county of Rensellear and m
akes this statement and affidavit upon oath and affirmation of belief and person
al knowledge that the matters and facts set forth herein are true and correct to
the best of their knowledge:

I, Joshua Dunn, registered on 7/10/2004, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 1/1/2016 and discovered that my voter
registration had been changed in the following way: Switched from my chosen part
y to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Joshua Dunn, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau

BEFORE ME, the undersigned Notary Public, personally appeared Justin Howard, who currently resides at 53 riverside dr 11570 in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Justin Howard, registered on 10/1/2009, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/26/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Justin Howard, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

_____
(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chautauqua


BEFORE ME, the undersigned Notary Public, personally appeared kristie kelly, who currently resides at 4424 chautauqua stedman road in the county of Chautauqua and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, kristie kelly, registered on 9/24/1974, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by kristie kelly, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Oswego

BEFORE ME, the undersigned Notary Public, personally appeared Tammy dempsey, who
currently resides at "451co rt 11 lot 46 west monroe ny 13167" in the county of
Oswego and makes this statement and affidavit upon oath and affirmation of beli
ef and personal knowledge that the matters and facts set forth herein are true a
nd correct to the best of their knowledge:

I, Tammy dempsey, registered on 3/10/2000, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/2016 and discovered that my voter
registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Tammy dempsey, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Alba Guerrero, who currently resides at 89-03 Liberty Ave 2nd floor in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alba Guerrero, registered on 5/9/2012, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/20/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Alba Guerrero, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rockland

BEFORE ME, the undersigned Notary Public, personally appeared Anthony Michael Ma
urer, who currently resides at 60 Campbell Ave. Tappan, N.Y. 10965 in the county
 of Rockland and makes this statement and affidavit upon oath and affirmation of
 belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Anthony Michael Maurer, registered on 10/20/2006, when I registered to vote i
n NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/7/2016 and discovered that my voter
registration had been changed in the following way: Still registered as a republ
ican even after I've tried to change it..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Anthony Michael Maurer, known or proven to me to be the pe
rson whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Benjamin Chadwick,
 who currently resides at 185 Clinton Ave. Apt 14G in the county of Kings and ma
kes this statement and affidavit upon oath and affirmation of belief and persona
l knowledge that the matters and facts set forth herein are true and correct to
the best of their knowledge:

I, Benjamin Chadwick, registered on 10/20/2010, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: I am listed as a Green Party
 voter but I do not remember exiting the Democratic Party, for which I was regis
tered in 2014..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Benjamin Chadwick, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Schenectady


BEFORE ME, the undersigned Notary Public, personally appeared Daniel Bennett, who currently resides at 2450 Van Vranken Ave H-17 Schenectady NY 12308 in the county of Schenectady and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Daniel Bennett, registered on 5/25/2005, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/21/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Daniel Bennett, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Gleb Nesis , who c
urrently resides at 3419 Irwin Av in the county of Bronx and makes this statemen
t and affidavit upon oath and affirmation of belief and personal knowledge that
the matters and facts set forth herein are true and correct to the best of their
 knowledge:

I, Gleb Nesis , registered on 8/10/2004, when I registered to vote in NY for the
 first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: Republican.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Gleb Nesis , known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rensellear

BEFORE ME, the undersigned Notary Public, personally appeared Joshua Dunn, who c
urrently resides at 53 Melrose Valley Falls Rd in the county of Rensellear and m
akes this statement and affidavit upon oath and affirmation of belief and person
al knowledge that the matters and facts set forth herein are true and correct to
the best of their knowledge:

I, Joshua Dunn, registered on 7/10/2004, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 1/1/2016 and discovered that my voter
registration had been changed in the following way: Switched from my chosen part
y to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Joshua Dunn, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Justin Howard, who currently resides at 53 riverside dr 11570 in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Justin Howard, registered on 10/1/2009, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/26/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Justin Howard, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chautauqua


BEFORE ME, the undersigned Notary Public, personally appeared kristie kelly, who currently resides at 4424 chautauqua stedman road in the county of Chautauqua a nd makes this statement and affidavit upon oath and affirmation of belief and pe rsonal knowledge that the matters and facts set forth herein are true and correc t to the best of their knowledge:

I, kristie kelly, registered on 9/24/1974, when I registered to vote in NY for t he first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen par ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by kristie kelly, known or proven to me to be the person whos e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Oswego

BEFORE ME, the undersigned Notary Public, personally appeared Tammy dempsey, who currently resides at "451co rt 11 lot 46 west monroe ny 13167" in the county of Oswego and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Tammy dempsey, registered on 3/10/2000, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Tammy dempsey, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT R

STATE OF NEW YORK:
COUNTY OF: C hautauqua


BEFORE ME, the undersigned Notary Public, personally appeared Melissa Ann Mallab
er, who currently resides at 7007 Farrington Hollow Road Cherry Creek Ny 14723 i
n the county of C hautauqua and makes this statement and affidavit upon oath and
 affirmation of belief and personal knowledge that the matters and facts set for
th herein are true and correct to the best of their knowledge:

I, Melissa Ann Mallaber, registered on 3/25/2016, when I registered to vote in N
Y for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: no affiliation listed.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Melissa Ann Mallaber, known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Ashley Peacock, who currently resides at 4610 Center BLVD apt.1112 Long Island City, NY 11109 in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Ashley Peacock, registered on 3/23/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Ashley Peacock, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Atira Odhner, who currently resides at 147 Ocean Ave apt 1A in the county of New York and makes th is statement and affidavit upon oath and affirmation of belief and personal know ledge that the matters and facts set forth herein are true and correct to the be st of their knowledge:

I, Atira Odhner, registered on 3/24/2016, when I registered to vote in NY for th e first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Atira Odhner, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Benjamin Leo Gersh
man, who currently resides at 1873 Menahan St. in the county of Queens and makes
 this statement and affidavit upon oath and affirmation of belief and personal k
nowledge that the matters and facts set forth herein are true and correct to the
 best of their knowledge:

I, Benjamin Leo Gershman, registered on 12/9/2015, when I registered to vote in
NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/4/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Benjamin Leo Gershman, known or proven to me to be the per
son whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New york


BEFORE ME, the undersigned Notary Public, personally appeared Casey Bivens, who currently resides at 155 W 60th St, New York, NY, 10023 in the county of New york and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Casey Bivens, registered on 9/30/2015, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/10/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Casey Bivens, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Christina Loiacono
, who currently resides at 77 Jefferson Street, Brooklyn NY in the county of Kin
gs and makes this statement and affidavit upon oath and affirmation of belief an
d personal knowledge that the matters and facts set forth herein are true and co
rrect to the best of their knowledge:

I, Christina Loiacono, registered on 3/25/2016, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/30/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Christina Loiacono, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rensselaer


BEFORE ME, the undersigned Notary Public, personally appeared Christopher Willia
m Britten, who currently resides at 143 2nd Ave Apt 2F in the county of Renssela
er and makes this statement and affidavit upon oath and affirmation of belief an
d personal knowledge that the matters and facts set forth herein are true and co
rrect to the best of their knowledge:

I, Christopher William Britten, registered on 3/17/2016, when I registered to vo
te in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Christopher William Britten, known or proven to me to be t
he person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York County


BEFORE ME, the undersigned Notary Public, personally appeared Cristoval Longoria
, who currently resides at 1309 5th Ave in the county of New York County and mak
es this statement and affidavit upon oath and affirmation of belief and personal
 knowledge that the matters and facts set forth herein are true and correct to t
he best of their knowledge:

I, Cristoval Longoria, registered on 3/1/2016, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Cristoval Longoria, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York City


BEFORE ME, the undersigned Notary Public, personally appeared Daniel Goldblum, who currently resides at 309 Troutman St, Apt #1LF, Brooklyn, NY 11237 in the county of New York City and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth here in are true and correct to the best of their knowledge:

I, Daniel Goldblum, registered on 1/15/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Daniel Goldblum, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Devin Dunne cannon
, who currently resides at 12 stagg street #2AR in the county of Kings and make
s this statement and affidavit upon oath and affirmation of belief and personal
knowledge that the matters and facts set forth herein are true and correct to th
e best of their knowledge:

I, Devin Dunne cannon , registered on 3/24/2016, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
 registration had been changed in the following way: I I had to register as a ne
w voter in NYC because Monroe county had tampered with my registration. I went d
own in person after calling the NYS board of elections. I went along with my bes
t friend who has proof of us being there that day. Along with I would assume cam
eras if they wanted to watch. The desk refused to print me anything to take with
 me and now my card says I registered on the 30th and not the 24th. .

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Devin Dunne cannon , known or proven to me to be the perso
n whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Elspeth L. Sprenkl
e, who currently resides at 10 Old Mill Road, #A in the county of Westchester an
d makes this statement and affidavit upon oath and affirmation of belief and per
sonal knowledge that the matters and facts set forth herein are true and correct
to the best of their knowledge:

I, Elspeth L. Sprenkle, registered on 9/15/2015, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Elspeth L. Sprenkle, known or proven to me to be the perso
n whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chautauqua


BEFORE ME, the undersigned Notary Public, personally appeared Eric Timothy Elers
ic, who currently resides at 936 Erie Street Irving NY 14081 in the county of Ch
autauqua and makes this statement and affidavit upon oath and affirmation of bel
ief and personal knowledge that the matters and facts set forth herein are true
and correct to the best of their knowledge:

I, Eric Timothy Elersic, registered on 10/7/2015, when I registered to vote in N
Y for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/5/2016 and discovered that my voter
registration had been changed in the following way: Made inactive.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Eric Timothy Elersic, known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Fulton


BEFORE ME, the undersigned Notary Public, personally appeared Fredrick edward ja
ck jr., who currently resides at 48 forest st gloversville ny 12078 in the count
y of Fulton and makes this statement and affidavit upon oath and affirmation of
belief and personal knowledge that the matters and facts set forth herein are tr
ue and correct to the best of their knowledge:

I, Fredrick edward jack jr., registered on 2/1/2016, when I registered to vote i
n NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Fredrick edward jack jr., known or proven to me to be the
person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Jack Lambert Stros ser, who currently resides at 4400 Vestal Parkway E in the county of Broome and makes this statement and affidavit upon oath and affirmation of belief and perso nal knowledge that the matters and facts set forth herein are true and correct t o the best of their knowledge:

I, Jack Lambert Strosser, registered on 10/15/2015, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/8/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Jack Lambert Strosser, known or proven to me to be the per son whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Julia Gillette Latham, who currently resides at 17 Shipyard Lane in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Julia Gillette Latham, registered on 10/20/2015, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Julia Gillette Latham, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Karina Echanique ,
 who currently resides at 48-24 37th st in the county of Queens and makes this s
tatement and affidavit upon oath and affirmation of belief and personal knowledg
e that the matters and facts set forth herein are true and correct to the best o
f their knowledge:

I, Karina Echanique , registered on 3/22/2016, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Karina Echanique , known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: RICHMOND

BEFORE ME, the undersigned Notary Public, personally appeared Katelyn Anne Hunt, who currently resides at 673 Woolley Ave in the county of RICHMOND and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Katelyn Anne Hunt, registered on 3/11/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/16/2016 and discovered that my voter registration had been changed in the following way: I cant be found. .

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Katelyn Anne Hunt, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings County


BEFORE ME, the undersigned Notary Public, personally appeared Kathleen Zhang, who currently resides at 418 Halsey St. #2 in the county of Kings County and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Kathleen Zhang, registered on 3/23/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Kathleen Zhang, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Lauren paige Basis
t , who currently resides at "539 e 78th st, #1e, New York, ny 10075" in the cou
nty of New York and makes this statement and affidavit upon oath and affirmation
 of belief and personal knowledge that the matters and facts set forth herein ar
e true and correct to the best of their knowledge:

I, Lauren paige Basist , registered on 11/25/2015, when I registered to vote in
NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter
 registration had been changed in the following way: Couldn't be found in system
 .

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lauren paige Basist , known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Jefferson


BEFORE ME, the undersigned Notary Public, personally appeared Leah Collazo, who currently resides at 201 Winslow st in the county of Jefferson and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Leah Collazo, registered on 3/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Leah Collazo, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Lillian Carlin Alt
reuter, who currently resides at 144 Martense St, #2 Brooklyn, NY 11226 in the c
ounty of Kings and makes this statement and affidavit upon oath and affirmation
of belief and personal knowledge that the matters and facts set forth herein are
 true and correct to the best of their knowledge:

I, Lillian Carlin Altreuter, registered on 9/29/2015, when I registered to vote
in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
 registration had been changed in the following way: My registration had not bee
n updated so I am still only eligible to vote in Erie County.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lillian Carlin Altreuter, known or proven to me to be the
person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York

BEFORE ME, the undersigned Notary Public, personally appeared Lois J Mateer, who currently resides at 39 WEST 74TH ST 3B in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Lois J Mateer, registered on 3/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Not affiliated with the party that I had selected (no party affiliation)..

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Lois J Mateer, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared MARCO OCTAVIO SOSA
 BRAVO, who currently resides at 52-21 35th street Long Island City, NY 11101 in
 the county of Queens and makes this statement and affidavit upon oath and affir
 mation of belief and personal knowledge that the matters and facts set forth her
 ein are true and correct to the best of their knowledge:

I, MARCO OCTAVIO SOSA BRAVO, registered on 3/18/2016, when I registered to vote
in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by MARCO OCTAVIO SOSA BRAVO, known or proven to me to be the
person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Mercedes Beach, who currently resides at 81 Canal Street in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Mercedes Beach, registered on 3/25/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Mercedes Beach, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: new york county


BEFORE ME, the undersigned Notary Public, personally appeared michael hubbard, w
ho currently resides at 108 east 4th street, apt 3 in the county of new york cou
nty and makes this statement and affidavit upon oath and affirmation of belief a
nd personal knowledge that the matters and facts set forth herein are true and c
orrect to the best of their knowledge:

I, michael hubbard, registered on 4/26/2015, when I registered to vote in NY for
 the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/1960 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by michael hubbard, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Erie


BEFORE ME, the undersigned Notary Public, personally appeared Patrick J. Walker,
 who currently resides at 120 Royal Parkway W., Williamsville, NY 14221 in the c
ounty of Erie and makes this statement and affidavit upon oath and affirmation o
f belief and personal knowledge that the matters and facts set forth herein are
true and correct to the best of their knowledge:

I, Patrick J. Walker, registered on 10/7/2015, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
 registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Patrick J. Walker, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chatauqua


BEFORE ME, the undersigned Notary Public, personally appeared Randy Lee Elersic, who currently resides at 936 Erie Street Irving NY 14081 in the county of Chata uqua and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Randy Lee Elersic, registered on 3/23/2016, when I registered to vote in NY f or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Randy Lee Elersic, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Scott Bromschwig , who currently resides at 60 luyster street in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Scott Bromschwig , registered on 2/22/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 2/22/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Scott Bromschwig , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx

BEFORE ME, the undersigned Notary Public, personally appeared Valerie Torres , who currently resides at "1967 Edison Ave. Bronx, NY 10461" in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Valerie Torres , registered on 3/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/4/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Valerie Torres , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Albany


BEFORE ME, the undersigned Notary Public, personally appeared Yes, who currently resides at 283 Maple Ave in the county of Albany and makes this statement and a ffidavit upon oath and affirmation of belief and personal knowledge that the mat ters and facts set forth herein are true and correct to the best of their knowle dge:

I, Yes, registered on 3/14/2016, when I registered to vote in NY for the first t ime.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Yes, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT S

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Alessandro Echevarria, who currently resides at 222 varet st. in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alessandro Echevarria, registered on 10/8/2015, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature) —

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Alessandro Echevarria, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Oneida

BEFORE ME, the undersigned Notary Public, personally appeared Ann Briggs-LaVine,
who currently resides at 100 N. Madison St Apt. # 219 Rome, NY 13440 in the cou
nty of Oneida and makes this statement and affidavit upon oath and affirmation o
f belief and personal knowledge that the matters and facts set forth herein are
true and correct to the best of their knowledge:

I, Ann Briggs-LaVine, registered on 10/9/2015, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Ann Briggs-LaVine, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Caitlin Naramore, who currently resides at 41 Prospect Place in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Caitlin Naramore, registered on 3/15/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Caitlin Naramore, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: onondaga


BEFORE ME, the undersigned Notary Public, personally appeared Carlo Bell, who currently resides at 5945 Farrington Road in the county of onondaga and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Carlo Bell, registered on 3/9/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Carlo Bell, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Richmond


BEFORE ME, the undersigned Notary Public, personally appeared Christian Roque, w
ho currently resides at 987 N Burgher Ave in the county of Richmond and makes th
is statement and affidavit upon oath and affirmation of belief and personal know
ledge that the matters and facts set forth herein are true and correct to the be
st of their knowledge:

I, Christian Roque, registered on 3/10/2016, when I registered to vote in NY for
the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Christian Roque, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Christina Bologna, who currently resides at 18 Sherwood Drive in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Christina Bologna, registered on 9/1/2015, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 10/1/2015 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____   Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Christina Bologna, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____   (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: queens

BEFORE ME, the undersigned Notary Public, personally appeared Cooper Johnson, wh
o currently resides at 35-30 82nd st apt 41 in the county of queens and makes th
is statement and affidavit upon oath and affirmation of belief and personal know
ledge that the matters and facts set forth herein are true and correct to the be
st of their knowledge:

I, Cooper Johnson, registered on 10/16/2015, when I registered to vote in NY for
 the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/31/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____    Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Cooper Johnson, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Tompkins


BEFORE ME, the undersigned Notary Public, personally appeared Eleni Sophie Rigas
, who currently resides at 18 Beechnut Terrace, Ithaca, NY 14850 in the county o
f Tompkins and makes this statement and affidavit upon oath and affirmation of b
elief and personal knowledge that the matters and facts set forth herein are tru
e and correct to the best of their knowledge:

I, Eleni Sophie Rigas, registered on 3/20/2016, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/6/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Eleni Sophie Rigas, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Emily Field, who c
urrently resides at 1456 31st Dr Apt 10h in the county of Queens and makes this
statement and affidavit upon oath and affirmation of belief and personal knowled
ge that the matters and facts set forth herein are true and correct to the best
of their knowledge:

I, Emily Field, registered on 3/24/2016, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Emily Field, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared James Wallace-Lee, who currently resides at 243 Argyle Road, Brooklyn NY 11218 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, James Wallace-Lee, registered on 2/6/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by James Wallace-Lee, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Jeremy McDaniel, who currently resides at 292 Leonard st #2 Brooklyn, NY. 11211 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jeremy McDaniel, registered on 3/23/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/7/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jeremy McDaniel, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Jing Tu Amy Cen, who currently resides at 11 Bay 25th St Brooklyn NY 11214 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jing Tu Amy Cen, registered on 2/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jing Tu Amy Cen, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared John Adam Barbay, who currently resides at 34-11 37th St Apt 4L in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal kn owledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, John Adam Barbay, registered on 2/25/2016, when I registered to vote in NY fo r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by John Adam Barbay, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Katherine E Seeber
, who currently resides at 220 Lester Ave, Johnson City NY 13790 in the county o
f Broome and makes this statement and affidavit upon oath and affirmation of bel
ief and personal knowledge that the matters and facts set forth herein are true
and correct to the best of their knowledge:

I, Katherine E Seeber, registered on 8/8/2015, when I registered to vote in NY f
or the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/5/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Katherine E Seeber, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Manhattan


BEFORE ME, the undersigned Notary Public, personally appeared Kelly Treadway, wh
o currently resides at 348 e 9th street, apt 5 New York, NY 10003 in the county
of Manhattan and makes this statement and affidavit upon oath and affirmation of
 belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Kelly Treadway, registered on 7/1/2015, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 7/6/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kelly Treadway, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Lee Anne Mitchell, who currently resides at 1269 Willoughby Ave. 2L Brooklyn, NY 11237 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Lee Anne Mitchell, registered on 3/8/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/22/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Lee Anne Mitchell, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Luis Camejo, who c
urrently resides at 1675 UNIVERSITY AVENUE 1A in the county of Bronx and makes t
his statement and affidavit upon oath and affirmation of belief and personal kno
wledge that the matters and facts set forth herein are true and correct to the b
est of their knowledge:

I, Luis Camejo, registered on 3/11/2016, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Luis Camejo, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Luisanna Rene Cont
reras-Tovar , who currently resides at 152 Wellesley St Apt B Hempstead, NY 1155
0 in the county of Nassau and makes this statement and affidavit upon oath and a
ffirmation of belief and personal knowledge that the matters and facts set forth
herein are true and correct to the best of their knowledge:

I, Luisanna Rene Contreras-Tovar , registered on 2/17/2016, when I registered to
vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/28/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Luisanna Rene Contreras-Tovar , known or proven to me to b
e the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: kings


BEFORE ME, the undersigned Notary Public, personally appeared Mallory Smith, who
currently resides at 89 Guernsey Street Apt. 2 in the county of kings and makes
this statement and affidavit upon oath and affirmation of belief and personal k
nowledge that the matters and facts set forth herein are true and correct to the
best of their knowledge:

I, Mallory Smith, registered on 3/22/2016, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Mallory Smith, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Monroe

BEFORE ME, the undersigned Notary Public, personally appeared Matthew d johnson, who currently resides at 7 hanna place Rochester N.Y. 14620 in the county of Monroe and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Matthew d johnson, registered on 3/18/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Matthew d johnson, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____