STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Natalie Rabinowitz
, who currently resides at 474 48th Avenue #32B in the county of Queens and make
s this statement and affidavit upon oath and affirmation of belief and personal
knowledge that the matters and facts set forth herein are true and correct to th
e best of their knowledge:

I, Natalie Rabinowitz, registered on 10/28/2015, when I registered to vote in NY
for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Natalie Rabinowitz, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Noah Jonas Levine, who currently resides at 408 cartwright blvd in the county of Nassau and makes this statement and affidavit upon oath and affirmation of belief and personal kn owledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Noah Jonas Levine, registered on 3/4/2016, when I registered to vote in NY fo r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Noah Jonas Levine, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Penelope Paulino, who currently resides at 3300 Bailey Avenue Apt.B12 in the county of Bronx and m akes this statement and affidavit upon oath and affirmation of belief and person al knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Penelope Paulino, registered on 2/4/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Penelope Paulino, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: kings


BEFORE ME, the undersigned Notary Public, personally appeared Timothy Allen, who
currently resides at 1118 Madison St apt 3L in the county of kings and makes th
is statement and affidavit upon oath and affirmation of belief and personal know
ledge that the matters and facts set forth herein are true and correct to the be
st of their knowledge:

I, Timothy Allen, registered on 3/22/2016, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/5/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Timothy Allen, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT T

STATE OF NEW YORK:
COUNTY OF: Bronx

BEFORE ME, the undersigned Notary Public, personally appeared Alexis Torres, who
currently resides at 1967 Edison Ave in the county of Bronx and makes this stat
ement and affidavit upon oath and affirmation of belief and personal knowledge t
hat the matters and facts set forth herein are true and correct to the best of t
heir knowledge:

I, Alexis Torres, registered on 3/25/2016, when I registered to vote in NY for t
he first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: Switched from my chosen part
y to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Alexis Torres, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Madison

BEFORE ME, the undersigned Notary Public, personally appeared Caleb A Grinnell, who currently resides at 580 Seneca st in the county of Madison and makes this s tatement and affidavit upon oath and affirmation of belief and personal knowledg e that the matters and facts set forth herein are true and correct to the best o f their knowledge:

I, Caleb A Grinnell, registered on 8/29/2015, when I registered to vote in NY fo r the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen par ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Caleb A Grinnell, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Chemung

BEFORE ME, the undersigned Notary Public, personally appeared David Warren Watki
ns, who currently resides at 305 east Miller st in the county of Chemung and mak
es this statement and affidavit upon oath and affirmation of belief and personal
 knowledge that the matters and facts set forth herein are true and correct to t
he best of their knowledge:

I, David Warren Watkins, registered on 1/20/2016, when I registered to vote in N
Y for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by David Warren Watkins, known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York

BEFORE ME, the undersigned Notary Public, personally appeared Evan M Mateer, who currently resides at 39 WEST 74TH ST 3B in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Evan M Mateer, registered on 3/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Initial registration was for a party other than the one I had selected (I selected Republican, my registration was for Conservative).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Evan M Mateer, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York (Manhattan)


BEFORE ME, the undersigned Notary Public, personally appeared Heather Lancaster, who currently resides at 78 Washington Place, Apt 1B, NY, NY, 10011 in the county of New York (Manhattan) and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Heather Lancaster, registered on 3/1/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/10/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Heather Lancaster, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Saratoga

BEFORE ME, the undersigned Notary Public, personally appeared Joseph Robert Paga
no, who currently resides at 47 Greenridge dr. in the county of Saratoga and mak
es this statement and affidavit upon oath and affirmation of belief and personal
 knowledge that the matters and facts set forth herein are true and correct to t
he best of their knowledge:

I, Joseph Robert Pagano, registered on 2/6/2016, when I registered to vote in NY
 for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter
 registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Joseph Robert Pagano, known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Lisa Kanbar, who c
urrently resides at 298 12th ST 1R Brooklyn NY 11215 in the county of Kings and
makes this statement and affidavit upon oath and affirmation of belief and perso
nal knowledge that the matters and facts set forth herein are true and correct t
o the best of their knowledge:

I, Lisa Kanbar, registered on 8/5/2015, when I registered to vote in NY for the
first time.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lisa Kanbar, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Wilfrido Jimenez, who currently resides at 104-19 48th ave in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Wilfrido Jimenez, registered on 3/24/2016, when I registered to vote in NY for the first time.

My party registration was as a Democrat.

I checked my voter registration online on 3/31/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Wilfrido Jimenez, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

EXHIBIT U

STATE OF NEW YORK:
COUNTY OF: Orange


BEFORE ME, the undersigned Notary Public, personally appeared Brandan J Gaspar, who currently resides at 67 Rockwood Dr. Apt 28c in the county of Orange and mak es this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to t he best of their knowledge:

I, Brandan J Gaspar, registered on 11/30/2012, when I purposefully changed my pa rty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/10/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Brandan J Gaspar, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Elaine Levine, who
currently resides at 127 wright ave deer park ny 11729 in the county of Suffolk
and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and corr
ect to the best of their knowledge:

I, Elaine Levine, registered on 10/10/1980, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 11/5/2012 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Elaine Levine, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)


_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Katherine O'Sulliv
an, who currently resides at 1825 Riverside Drive, #6A in the county of New York
and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and corr
ect to the best of their knowledge:

I, Katherine O'Sullivan, registered on 9/1/2014, when I purposefully changed my
party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Katherine O'Sullivan, known or proven to me to be the pers
on whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Noe Dinnerstein, who currently resides at 557 Atlantic Avenue, apt. 3DS in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Noe Dinnerstein, registered on 1/1/2010, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Noe Dinnerstein, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT V

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Adam Gallinat, who currently resides at 26 7th Ave #3; Brooklyn NY 11217 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Adam Gallinat, registered on 6/17/2012, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Adam Gallinat, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Dutchess


BEFORE ME, the undersigned Notary Public, personally appeared Alana Marie Maserj
ian, who currently resides at 1 Scott Terrace in the county of Dutchess and make
s this statement and affidavit upon oath and affirmation of belief and personal
knowledge that the matters and facts set forth herein are true and correct to th
e best of their knowledge:

I, Alana Marie Maserjian, registered on 4/25/2011, when I purposefully changed m
y party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Alana Marie Maserjian, known or proven to me to be the per
son whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Arley Morton, who currently resides at 6 Archer Place in the county of Westchester and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Arley Morton, registered on 11/27/2013, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Arley Morton, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Brad Sobon, who cu
rrently resides at 14 Riverview Rd in the county of Broome and makes this statem
ent and affidavit upon oath and affirmation of belief and personal knowledge tha
t the matters and facts set forth herein are true and correct to the best of the
ir knowledge:

I, Brad Sobon, registered on 9/1/2012, when I purposefully changed my party affi
liation.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Brad Sobon, known or proven to me to be the person whose n
ame is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Schenectady


BEFORE ME, the undersigned Notary Public, personally appeared Caitlin Smith, who
   currently resides at 1722 Suffolk Ave. Schenectady NY 12303 in the county of Sc
henectady and makes this statement and affidavit upon oath and affirmation of be
lief and personal knowledge that the matters and facts set forth herein are true
   and correct to the best of their knowledge:

I, Caitlin Smith, registered on 11/11/2008, when I purposefully changed my party
   affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 11/4/2008 and discovered that my voter
   registration had been changed in the following way: No longer affiliated with a
   party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.


_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Caitlin Smith, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Wayne


BEFORE ME, the undersigned Notary Public, personally appeared Cristy M Lee, who currently resides at 1612 Henessey Road Lot 89 Ontario NY 14519 in the county of Wayne and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Cristy M Lee, registered on 10/9/2014, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/4/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Cristy M Lee, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Allegany


BEFORE ME, the undersigned Notary Public, personally appeared Elizabeth K Watrous , who currently resides at 3603 Duffy Hollow Rd, Wellsville NY 14895 in the county of Allegany and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Elizabeth K Watrous , registered on 9/26/2014, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Elizabeth K Watrous , known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jason Emerson, who currently resides at 111 Ohio Ave. in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jason Emerson, registered on 10/7/2014, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jason Emerson, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jason Vilmenay, who currently resides at 314 s 2nd st in the county of suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jason Vilmenay, registered on 6/15/2003, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jason Vilmenay, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Clinton

BEFORE ME, the undersigned Notary Public, personally appeared Kenneth kleinschmidt, who currently resides at PO Box 583 Peru NY 12972 in the county of Clinton and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Kenneth kleinschmidt, registered on 11/8/2012, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Kenneth kleinschmidt, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Schuyler

BEFORE ME, the undersigned Notary Public, personally appeared Laura A. Prevost ,
who currently resides at 5068 State Route 228 in the county of Schuyler and mak
es this statement and affidavit upon oath and affirmation of belief and personal
knowledge that the matters and facts set forth herein are true and correct to t
he best of their knowledge:

I, Laura A. Prevost , registered on 5/1/2006, when I purposefully changed my par
ty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Laura A. Prevost , known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: genesee


BEFORE ME, the undersigned Notary Public, personally appeared Nicole Kingsley, who currently resides at 11171 Perry Rd in the county of genesee and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Nicole Kingsley, registered on 1/1/2010, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Nicole Kingsley, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:

COUNTY OF: queens


BEFORE ME, the undersigned Notary Public, personally appeared Sabrina Fairclough , who currently resides at 23-71 Crescent St. in the county of queens and makes this statement and affidavit upon oath and affirmation of belief and personal kn owledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Sabrina Fairclough, registered on 1/8/2014, when I purposefully changed my pa rty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/29/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Sabrina Fairclough, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Clinton


BEFORE ME, the undersigned Notary Public, personally appeared Samantha Rae LaBel le, who currently resides at 530 Perry Mills Road in the county of Clinton and m akes this statement and affidavit upon oath and affirmation of belief and person al knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Samantha Rae LaBelle, registered on 3/20/2012, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 1/1/2015 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Samantha Rae LaBelle, known or proven to me to be the pers on whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Sander-Martijn Milks, who currently resides at 16-70 Linden St. #3, Ridgewood, NY 11385 in the county of Queens and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Sander-Martijn Milks, registered on 10/1/2007, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 1/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Sander-Martijn Milks, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

EXHIBIT W

STATE OF NEW YORK:
COUNTY OF: Richmond


BEFORE ME, the undersigned Notary Public, personally appeared Fonda Feingold, wh
o currently resides at 498 Ionia AV Staten Island NY 10312 in the county of Rich
mond and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Fonda Feingold, registered on 11/15/2014, when I purposefully changed my part
y affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/15/2016 and discovered that my voter
 registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Fonda Feingold, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)


_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Westchester


BEFORE ME, the undersigned Notary Public, personally appeared Lina cachaya, who
currently resides at 157 holland Ave in the county of Westchester and makes this
statement and affidavit upon oath and affirmation of belief and personal knowle
dge that the matters and facts set forth herein are true and correct to the best
of their knowledge:

I, Lina cachaya, registered on 1/10/2012, when I purposefully changed my party a
ffiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/15/2016 and discovered that my voter
registration had been changed in the following way: Switched from my chosen par
ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lina cachaya, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rensselaer


BEFORE ME, the undersigned Notary Public, personally appeared William Thomas Mac Veigh Jr, who currently resides at 5606 NY 7 Apt 1 Hoosick Falls NY 12090 in the county of Rensselaer and makes this statement and affidavit upon oath and affir mation of belief and personal knowledge that the matters and facts set forth her ein are true and correct to the best of their knowledge:

I, William Thomas MacVeigh Jr, registered on 3/27/2012, when I purposefully chan ged my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen par ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by William Thomas MacVeigh Jr, known or proven to me to be th e person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)


_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT X

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Diana Qureshi, who
 currently resides at 4 Tappan Ave in the county of Suffolk and makes this state
ment and affidavit upon oath and affirmation of belief and personal knowledge th
at the matters and facts set forth herein are true and correct to the best of th
eir knowledge:

I, Diana Qureshi, registered on 10/9/2015, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter
 registration had been changed in the following way: Not found at all in DB on 4
/11/16, however yesterday it works now and shows "Not affiliated".

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____.
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Diana Qureshi, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jason Emerson, who
 currently resides at 111 Ohio Ave., Medford, NY 11763 in the county of Suffolk
 and makes this statement and affidavit upon oath and affirmation of belief and p
ersonal knowledge that the matters and facts set forth herein are true and corre
ct to the best of their knowledge:

I, Jason Emerson, registered on 3/1/2016, when I purposefully changed my party a
ffiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/1/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jason Emerson, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings

BEFORE ME, the undersigned Notary Public, personally appeared Jessica Ronzo, who
currently resides at 288 manhattan ave in the county of Kings and makes this st
atement and affidavit upon oath and affirmation of belief and personal knowledge
that the matters and facts set forth herein are true and correct to the best of
their knowledge:

I, Jessica Ronzo, registered on 3/23/2016, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter
registration had been changed in the following way: Still mot affiliated and th
ey changed my name without my permission the first time I filled it out.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jessica Ronzo, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: NY

BEFORE ME, the undersigned Notary Public, personally appeared Jill Renee Seymour
, who currently resides at 3158 12th Street in the county of NY and makes this s
tatement and affidavit upon oath and affirmation of belief and personal knowledg
e that the matters and facts set forth herein are true and correct to the best o
f their knowledge:

I, Jill Renee Seymour, registered on 10/2/2016, when I purposefully changed my p
arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/16/2016 and discovered that my voter
 registration had been changed in the following way: Not affiliated... when i ch
anged my affiliation from no party affilation to democrat..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jill Renee Seymour, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Joseph F. Maro, wh
o currently resides at 22 Catherine Street, Apt 3L, Brooklyn NY 11211 in the cou
nty of Kings and makes this statement and affidavit upon oath and affirmation of
belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Joseph F. Maro, registered on 10/1/2015, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter
registration had been changed in the following way: Registered, but they used m
y 2nd form (which was confirming receipt) as the change. Now can't vote until ma
in November election..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Joseph F. Maro, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Washington

BEFORE ME, the undersigned Notary Public, personally appeared Michael Spellacy, who currently resides at 142 Notre Dame st in the county of Washington and makes this statement and affidavit upon oath and affirmation of belief and personal k nowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Michael Spellacy, registered on 10/6/2015, when I purposefully changed my par ty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Michael Spellacy, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Nancy Faith Anello
, who currently resides at "1285 Atlantic Avenue Apt 1" in the county of Kings a
nd makes this statement and affidavit upon oath and affirmation of belief and pe
rsonal knowledge that the matters and facts set forth herein are true and correc
t to the best of their knowledge:

I, Nancy Faith Anello, registered on 9/30/2015, when I purposefully changed my p
arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/23/2016 and discovered that my voter
registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Nancy Faith Anello, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Ulster

BEFORE ME, the undersigned Notary Public, personally appeared Nicole Nevin, who currently resides at 8 Fitzsimmons Lane, Woodstock, NY 12498 in the county of Ulster and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Nicole Nevin, registered on 6/1/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No Match.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Nicole Nevin, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York

BEFORE ME, the undersigned Notary Public, personally appeared Sarah Valeri, who currently resides at 2025 Regent Pl #D9 in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Sarah Valeri, registered on 9/6/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/13/2016 and discovered that my voter registration had been changed in the following way: Not registered.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Sarah Valeri, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____  (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT Y

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Agnieszka Gac-Chlebosz, who currently resides at "143 North 8th Street 2R" in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Agnieszka Gac-Chlebosz, registered on 9/15/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Agnieszka Gac-Chlebosz, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)


_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Alejandra Simon, who currently resides at 3791 East Tremont Ave 1R in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Alejandra Simon, registered on 9/28/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Alejandra Simon, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)


_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York

BEFORE ME, the undersigned Notary Public, personally appeared Charles Edward Lay ton, who currently resides at 512 W 151st St. #3D in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and perso nal knowledge that the matters and facts set forth herein are true and correct t o the best of their knowledge:

I, Charles Edward Layton, registered on 3/13/2016, when I purposefully changed m y party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/30/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Charles Edward Layton, known or proven to me to be the per son whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared /David Morrison/, who currently resides at 145 E. 23rd Street New York City, NY 10010 in the county of New York and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, /David Morrison/, registered on 10/8/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/27/2016 and discovered that my voter registration had been changed in the following way: info remained unchanged.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by /David Morrison/, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared David Perezcassar, who currently resides at 435 Broadway #102 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, David Perezcassar, registered on 10/8/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by David Perezcassar, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Devinne Joline Meyers, who currently resides at 40 Bennett Ave Apt 2 in the county of Broome and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Devinne Joline Meyers, registered on 8/1/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/4/2016 and discovered that my voter registration had been changed in the following way: It had been "overlooked" by the Board of Elections, and my party affiliation had never changed through them.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Devinne Joline Meyers, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome


BEFORE ME, the undersigned Notary Public, personally appeared Dusty J Diem, who currently resides at 15 Lincoln Avenue in the county of Broome and makes this st atement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Dusty J Diem, registered on 9/7/2015, when I purposefully changed my party af filiation.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Dusty J Diem, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)


(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Elizabeth A Oatman
, who currently resides at 92-01 Lamont Avenue Apt. 2L Elmhurst, NY 11373 in the
county of Queens and makes this statement and affidavit upon oath and affirmati
on of belief and personal knowledge that the matters and facts set forth herein
are true and correct to the best of their knowledge:

I, Elizabeth A Oatman, registered on 10/1/2015, when I purposefully changed my p
arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Elizabeth A Oatman, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk

BEFORE ME, the undersigned Notary Public, personally appeared Evan Connor Adikes
, who currently resides at 8 Caton Street, East Northport, NY 11731 in the count
y of Suffolk and makes this statement and affidavit upon oath and affirmation of
belief and personal knowledge that the matters and facts set forth herein are t
rue and correct to the best of their knowledge:

I, Evan Connor Adikes, registered on 9/15/2015, when I purposefully changed my p
arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/16/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Evan Connor Adikes, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jason Kulczyk, who
currently resides at 28 Bay Shore Ave. Bay Shore, NY 11706 in the county of Suf
folk and makes this statement and affidavit upon oath and affirmation of belief
and personal knowledge that the matters and facts set forth herein are true and
correct to the best of their knowledge:

I, Jason Kulczyk, registered on 10/8/2015, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/28/2016 and discovered that my voter
registration had been changed in the following way: Ibwas told I was late when
I beat the deadline..

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jason Kulczyk, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Jennifer Gordon, who currently resides at 4400 Vestal pkwy East in the county of Broome and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jennifer Gordon, registered on 9/16/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jennifer Gordon, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Jiana S. Menendez,
 who currently resides at 50 East 98th St, Apt 11i in the county of New York and
 makes this statement and affidavit upon oath and affirmation of belief and pers
onal knowledge that the matters and facts set forth herein are true and correct
to the best of their knowledge:

I, Jiana S. Menendez, registered on 9/20/2015, when I purposefully changed my pa
rty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/7/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Jiana S. Menendez, known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Julia Zackiewicz, who currently resides at 4009 Clearview Expressway in the county of Queens and m akes this statement and affidavit upon oath and affirmation of belief and person al knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Julia Zackiewicz, registered on 3/25/2015, when I purposefully changed my par ty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/4/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Julia Zackiewicz, known or proven to me to be the person w hose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York City


BEFORE ME, the undersigned Notary Public, personally appeared Kaitlin Springston
, who currently resides at 62 West 107th Street, Apt 6D, New York, NY 10025 in t
he county of New York City and makes this statement and affidavit upon oath and
affirmation of belief and personal knowledge that the matters and facts set fort
h herein are true and correct to the best of their knowledge:

I, Kaitlin Springston, registered on 11/3/2015, when I purposefully changed my p
arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/11/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kaitlin Springston, known or proven to me to be the person
 whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Dutchess

BEFORE ME, the undersigned Notary Public, personally appeared Karen Howard, who currently resides at 4 Mill Rd Rhinebeck NY 12572 in the county of Dutchess and makes this statement and affidavit upon oath and affirmation of belief and perso nal knowledge that the matters and facts set forth herein are true and correct t o the best of their knowledge:

I, Karen Howard, registered on 3/23/2016, when I purposefully changed my party a ffiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/15/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Karen Howard, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: New York


BEFORE ME, the undersigned Notary Public, personally appeared Kayleigh Willis, w
ho currently resides at 172 west 107th street, Apt 3R in the county of New York
and makes this statement and affidavit upon oath and affirmation of belief and p
ersonal knowledge that the matters and facts set forth herein are true and corre
ct to the best of their knowledge:

I, Kayleigh Willis, registered on 4/1/2015, when I purposefully changed my party
 affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kayleigh Willis, known or proven to me to be the person wh
ose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rensselaer


BEFORE ME, the undersigned Notary Public, personally appeared Kelly Fox, who cur
rently resides at 1558 broadway, Rensselaer, NY 12144 in the county of Rensselae
r and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and cor
rect to the best of their knowledge:

I, Kelly Fox, registered on 9/10/2015, when I purposefully changed my party affi
liation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Kelly Fox, known or proven to me to be the person whose na
me is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Erie


BEFORE ME, the undersigned Notary Public, personally appeared kriss welch, who c
urrently resides at 34 Grove st Buffalo, NY 14207 in the county of Erie and make
s this statement and affidavit upon oath and affirmation of belief and personal
knowledge that the matters and facts set forth herein are true and correct to th
e best of their knowledge:

I, kriss welch, registered on 10/1/2015, when I purposefully changed my party af
filiation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by kriss welch, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Monroe

BEFORE ME, the undersigned Notary Public, personally appeared Kristin elizabeth segovia, who currently resides at 3254 south winton rd #21 in the county of Monroe and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Kristin elizabeth segovia, registered on 4/14/2016, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Kristin elizabeth segovia, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens


BEFORE ME, the undersigned Notary Public, personally appeared Lauren Griska, who
 currently resides at 13523 82nd Ave 4E Jamaica NY 11435 in the county of Queens
 and makes this statement and affidavit upon oath and affirmation of belief and
personal knowledge that the matters and facts set forth herein are true and corr
ect to the best of their knowledge:

I, Lauren Griska, registered on 9/25/2015, when I purposefully changed my party
affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter
 registration had been changed in the following way: Still registered as an inde
pendent .

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Lauren Griska, known or proven to me to be the person whos
e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Onondaga


BEFORE ME, the undersigned Notary Public, personally appeared Luke Ringham, who
currently resides at 609 Darlington Road in the county of Onondaga and makes thi
s statement and affidavit upon oath and affirmation of belief and personal knowl
edge that the matters and facts set forth herein are true and correct to the bes
t of their knowledge:

I, Luke Ringham, registered on 8/26/2015, when I purposefully changed my party a
ffiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/16/2016 and discovered that my voter
 registration had been changed in the following way: Not changed from Independen
t to Democrat as requested.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Luke Ringham, known or proven to me to be the person whose
 name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Nassau


BEFORE ME, the undersigned Notary Public, personally appeared Michael Xeper-Luis o, who currently resides at 1966 Ladenburg Drive in the county of Nassau and mak es this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to t he best of their knowledge:

I, Michael Xeper-Luiso, registered on 10/5/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/24/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Michael Xeper-Luiso, known or proven to me to be the perso n whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Allagany


BEFORE ME, the undersigned Notary Public, personally appeared Monica R Pontius ,
 who currently resides at 11714 allen rd in the county of Allagany and makes thi
s statement and affidavit upon oath and affirmation of belief and personal knowl
edge that the matters and facts set forth herein are true and correct to the bes
t of their knowledge:

I, Monica R Pontius , registered on 10/3/2015, when I purposefully changed my pa
rty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/17/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Monica R Pontius , known or proven to me to be the person
whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Monroe

BEFORE ME, the undersigned Notary Public, personally appeared Patrick Toye, who currently resides at 24 Rugby Ave, Rochester NY 14619 in the county of Monroe and d makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Patrick Toye, registered on 6/27/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter registration had been changed in the following way: My registration had not been changed from an independent to Democrat .

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Patrick Toye, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Onondaga

BEFORE ME, the undersigned Notary Public, personally appeared Paula A Combs, who currently resides at 8309 Pansy Dr Baldwinsville, Ny 13027 in the county of Onondaga and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Paula A Combs, registered on 9/1/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/25/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Paula A Combs, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Livingston


BEFORE ME, the undersigned Notary Public, personally appeared Phillip E Longo, who currently resides at 8605 rt. 36 Dansville N.Y. in the county of Livingston and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Phillip E Longo, registered on 7/8/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 2/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ____ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Phillip E Longo, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Dutchess


BEFORE ME, the undersigned Notary Public, personally appeared Robin Bermudez, who currently resides at "412 Saratoga Lane Fishkill, NY 12524" in the county of Dutchess and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Robin Bermudez, registered on 10/1/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/1/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Robin Bermudez, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Schuyler

BEFORE ME, the undersigned Notary Public, personally appeared Ryan Albro, who cu
rrently resides at 4040 rt14a in the county of Schuyler and makes this statement
 and affidavit upon oath and affirmation of belief and personal knowledge that t
he matters and facts set forth herein are true and correct to the best of their
knowledge:

I, Ryan Albro, registered on 10/1/2015, when I purposefully changed my party aff
iliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/16/2016 and discovered that my voter
 registration had been changed in the following way: No longer affiliated with a
 party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Ryan Albro, known or proven to me to be the person whose n
ame is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Rockland

BEFORE ME, the undersigned Notary Public, personally appeared Steven Richter, who currently resides at 238 Depew Ave. Apt. A in the county of Rockland and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Steven Richter, registered on 9/20/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/14/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Steven Richter, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Victoria Valles, who currently resides at 1141 Hancock Street 2 Brooklyn NY 11221 in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Victoria Valles, registered on 10/4/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/16/2016 and discovered that my voter registration had been changed in the following way: No longer affiliated with a party (independent).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Victoria Valles, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Queens

BEFORE ME, the undersigned Notary Public, personally appeared Yasuhiko Inoue, wh
o currently resides at 73rd Street. in the county of Queens and makes this state
ment and affidavit upon oath and affirmation of belief and personal knowledge th
at the matters and facts set forth herein are true and correct to the best of th
eir knowledge:

I, Yasuhiko Inoue, registered on 10/3/2015, when I purposefully changed my party
 affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/9/2016 and discovered that my voter
registration had been changed in the following way: No longer affiliated with a
party (independent).

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Yasuhiko Inoue, known or proven to me to be the person who
se name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

# EXHIBIT Z

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Anna Sklyarova, who currently resides at 26 16st Wading river, NY 11792 in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Anna Sklyarova, registered on 10/8/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 3/12/2016 and discovered that my voter registration had been changed in the following way: started Republican instead of changed to new affiliation.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Anna Sklyarova, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Christopher Scott
Drane, who currently resides at 85 Garfield Place, #2 in the county of Kings and
makes this statement and affidavit upon oath and affirmation of belief and pers
onal knowledge that the matters and facts set forth herein are true and correct
to the best of their knowledge:

I, Christopher Scott Drane, registered on 8/1/2015, when I purposefully changed
my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter
registration had been changed in the following way: My address and party had no
t been updated.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Christopher Scott Drane, known or proven to me to be the p
erson whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared George meikle, who currently resides at 71 east 28th street in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, George meikle, registered on 10/1/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/1/2016 and discovered that my voter registration had been changed in the following way: Not registered to my requested party.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by George meikle, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jeremy Garrido, who currently resides at 15 lisa court, Nesconset NY, 11767 in the county of suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jeremy Garrido, registered on 7/15/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 11/3/2014 and discovered that my voter registration had been changed in the following way: Switched from my chosen party to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jeremy Garrido, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Kings


BEFORE ME, the undersigned Notary Public, personally appeared Jonathan Blackford , who currently resides at 66 St James Pl. Apt. 2 RR in the county of Kings and makes this statement and affidavit upon oath and affirmation of belief and perso nal knowledge that the matters and facts set forth herein are true and correct t o the best of their knowledge:

I, Jonathan Blackford, registered on 6/20/2015, when I purposefully changed my p arty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/15/2016 and discovered that my voter registration had been changed in the following way: Switched from my chosen par ty to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Jonathan Blackford, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Jordan Helin, who currently resides at 5 Katherine Street in the county of Suffolk and makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Jordan Helin, registered on 10/9/2015, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter registration had been changed in the following way: Still listed as a member of the party (Green) with which I previously affiliated..

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and subscribed before me by Jordan Helin, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Bronx


BEFORE ME, the undersigned Notary Public, personally appeared Lukas Herbert, who currently resides at 4380 Vireo Avenue, Apt 5S in the county of Bronx and makes this statement and affidavit upon oath and affirmation of belief and personal k nowledge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Lukas Herbert, registered on 10/6/2016, when I purposefully changed my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 10/26/2016 and discovered that my vote r registration had been changed in the following way: Name was changed instead o f the party change I had requested.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Lukas Herbert, known or proven to me to be the person whos e name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Suffolk


BEFORE ME, the undersigned Notary Public, personally appeared Paul Alexander Che
stnut, who currently resides at 136 Alder Dr. Kings Park NY, 11754 in the county
of Suffolk and makes this statement and affidavit upon oath and affirmation of
belief and personal knowledge that the matters and facts set forth herein are tr
ue and correct to the best of their knowledge:

I, Paul Alexander Chestnut, registered on 10/9/2015, when I purposefully changed
my party affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 4/8/2016 and discovered that my voter
registration had been changed in the following way: Registered as a republican s
till.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Paul Alexander Chestnut, known or proven to me to be the p
erson whose name is subscribed to this instrument.

WITNESS my hand and official seal.


_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Broome

BEFORE ME, the undersigned Notary Public, personally appeared Rachel Stephenson, who currently resides at 100 Mary Street in the county of Broome and makes this statement and affidavit upon oath and affirmation of belief and personal knowle dge that the matters and facts set forth herein are true and correct to the best of their knowledge:

I, Rachel Stephenson, registered on 7/1/2015, when I purposefully changed my par ty affiliation.

My party registration was as a Democrat.

I checked my voter registration online on 9/1/2015 and discovered that my voter registration had been changed in the following way: Switched from my chosen part y to another party, without my knowledge.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su bscribed before me by Rachel Stephenson, known or proven to me to be the person whose name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____

STATE OF NEW YORK:
COUNTY OF: Onondaga

BEFORE ME, the undersigned Notary Public, personally appeared Tara Morgan, who c
urrently resides at 512 Broad St in the county of Onondaga and makes this statem
ent and affidavit upon oath and affirmation of belief and personal knowledge tha
t the matters and facts set forth herein are true and correct to the best of the
ir knowledge:

I, Tara Morgan, registered on 10/1/2015, when I purposefully changed my party af
filiation.

My party registration was as a Democrat.

I checked my voter registration online on 4/12/2016 and discovered that my voter
 registration had been changed in the following way: Green-neverchangedto democr
at.

I declare under penalty of perjury under the laws of the State of New York that
the foregoing is true and correct.

_____ Date: _____
(Signature)

NOTARY PUBLIC

On this the ___ day of _____, 2016, the foregoing affidavit was sworn to and su
bscribed before me by Tara Morgan, known or proven to me to be the person whose
name is subscribed to this instrument.

WITNESS my hand and official seal.

_____
(Name)

_____ (Affix seal)

(Signature)

NOTARY PUBLIC

My commission expires: _____