DATE:  4/19/2016       AT:   2:00

BEFORE JUDGE JOANNA SEYBERT:

ORDER TO SHOW CAUSE

DOCKET NUMBER:    CV  16-1892 (SJF)

TITLE: CAMPANELLO, ET AL. -V- NEW YORK STATE BOARD OF ELECTIONS, ET AL.

APPEARANCES:

FOR PLAINTIFFS:  BLAIRE FELLOWS

FOR DEFENDANTS: RALPH PERNICK


COURT REPORTER:  X P. AUERBACH     ___E. COMBS       ___P. LOMBARDI
___S. PICOZZI     ___M. STEIGER     ___R. TOLKIN      ___D. TURSI
___O. WICKER


  X      CASE CALLED.

  X      COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

_____    HEARING HELD; WITNESS(ES) CALLED.

_____    DISCOVERY TO BE COMPLETED BY_____

_____    PARTIES TO COMPLETE_____
         BY THE NEXT CONFERENCE OR BY_____

_____    NEXT CONFERENCE SET FOR_____

_____    CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
         FOR_____

_____    MOTIONS TO BE FILED BY_____

_____    JURY SELECTION SET FOR_____

_____    TRIAL SET FOR_____

  X      OTHER: ARGUMENT HEARD.  T.R.O. APPLICATION DENIED.  CASE
         RETURNED TO JUDGE FEUERSTEIN FOR FURTHER PROCEEDINGS.
              AMENDED COMPLAINT TO BE FILED BY 4/26/2016.  BOTH
         SIDES BRIEFINGS ARE TO BE FILED BY 4/29/2016.