

April 19, 2016

Leonard Joseph  Campanello et al. v. New York State
Board of Elections, et al., Case No. 16-CV-1892


I am a member of the bar of this Court and I am named as a defendant in this action in my official capacity as a Commissioner of the New York State Board of Elections.  I submit this limited notice of appearance in order to receive electronic notice of docket entries in the CM/ECF Document Filing System.

I am represented in this litigation by the New York State Attorney General.


Respectfully submitted,


Douglas A. Kellner