

**ATTORNEY GENERAL OF THE
STATE OF NEW YORK**

April 25, 2016

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL
≈≈≈≈
200 Old Country Road – Suite 240
Mineola, New York    11501-4239
516/ 248-3312   [direct #]
516/ 248-3302   [general #]
516/ 747-6432   [fax #]

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE
≈≈≈≈
Writer's e-mail address:
Ralph.Pernick@ag.ny.gov

Via ECF
Courtesy copy via fax (631/ 712-5636)

Honorable Sandra J. Feuerstein
United States District Judge
c/o Clerk, United States District Court
100 Federal Plaza
Central Islip, New York  11722

     Re:   Campanello v. New York State Board of Elections, et al.
           16 CV 1892    SJF / AKT

Dear Judge Feuerstein:

On behalf of the defendants, it is respectfully requested that their time to respond to plaintiffs' motion for a preliminary injunction, and to the complaint, be extended to May 10.

Plaintiffs have consented to this extension of time.

                               Respectfully submitted,

                               Ralph Pernick
                               Assistant Attorney General

RP:hs
cc: all counsel via ECF