

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  APR 2 6 2016  ★

LONG ISLAND OFFICE

**ATTORNEY GENERAL OF THE
STATE OF NEW YORK**
April 25, 2016

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL
≈ ≈ ≈
200 Old Country Road – Suite 240
Mineola, New York    11501-4239
516/ 248-3312  [direct #]
516/ 248-3302  [general #]
516/ 747-6432  [fax  #]

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE
≈ ≈ ≈
Writer's e-mail address:
Ralph.Pernick@ag.ny.gov

Via ECF
Courtesy copy via fax (631/ 712-5636)

Honorable Sandra J. Feuerstein
United States District Judge
c/o Clerk, United States District Court
100 Federal Plaza
Central Islip, New York  11722

s/ Sandra J. Feuerstein

            Re:    Campanello v. New York State Board of Elections,
                   16 CV 1892    SJF / AKT                                    4/26/16

Dear Judge Feuerstein:

On behalf of the defendants, it is respectfully requested that their time to respond
to plaintiffs' motion for a preliminary injunction, and to the complaint, be extended
to May 10.

Plaintiffs have consented to this extension of time.

                                          Respectfully submitted,

                                          Ralph Pernick
                                          Assistant Attorney General

RP:hs
cc: all counsel via ECF