UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LEONARD JOSEPH CAMPANELLO, FABRIZIO MILITO,
CHANDLER WILSON, ALEXANDRA K. CLARK,
DAVID MORRISON, Sr., ASHLEY PEACOCK,
STEVEN RICHTER, EMILY BRAUNSTEIN,
CHRISTOPHER BRITTEN, LISA KANBAR, LISA BEATTIE,   NOTICE OF MOTION
MICHELLE OLMO GARCIA, EDGAR MARTY,                TO ADMIT COUNSEL
REBECCA PEBBLES, et al.,                          PRO HAC VICE

                      Plaintiffs,          Case No.: CV-16 1892

    -against-

NEW YORK STATE BOARD OF ELECTIONS et. al,


                      Defendants.
-------------------------------------------------------------------------x


TO: Ralph Pernick, Assistant Attorney General
    New York State Attorney General's Office
    200 Old Country Road-Suite 240
    Mineola, NY 11501


PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c)of the

Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an

Order allowing the admission of movant, a member of the firm of Law Offices of Clarke & Fellows P.C.

and a member in good standing of the Bar(s) of the State(s) of New York, as attorney pro hac vice to

argue or try this case in whole or in part as counsel for plaintiffs. There are no pending disciplinary

proceedings against me in any State or Federal court.

                Respectfully submitted,

                _____
                JONATHAN C. CLARKE
                Law Offices of Clarke & Fellows
                140 Gazza Boulevard
                Farmingdale, NY 11735
Dated: Farmingdale, NY        516-325-3889
    May 3, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LEONARD JOSEPH CAMPANELLO, FABRIZIO MILITO,
CHANDLER WILSON, ALEXANDRA K. CLARK,
DAVID MORRISON, Sr., ASHLEY PEACOCK,
STEVEN RICHTER, EMILY BRAUNSTEIN,        AFFIDIDAVIT OF
CHRISTOPHER BRITTEN, LISA KANBAR, LISA BEATTIE,   JONATHAN CLARKE IN
MICHELLE OLMO GARCIA, EDGAR MARTY,       SUPPORT OF MOTION TO
REBECCA PEBBLES, et al.,                 ADMIT COUNSEL
                                         PRO HAC VICE

                          Plaintiffs,    Case No.: CV-16 1892

       -against-

NEW YORK STATE BOARD OF ELECTIONS et. al,


                          Defendants.
-----------------------------------------------------------------------x

State of New York    )
                     )  ss:
County of New York   )

   JONATHAN C. CLARKE, being duly sworn, hereby deposes and saws as follows:

   1. I am a partner with the Law Offices of Clarke & Fellows.

   2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

   3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

   4. There are no pending disciplinary proceedings against me in any State of Federal court.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel

and advocate pro hac vice in this one case for plaintiffs.

Dated: Farmingdale, NY
       May 3, 2015

                                            JONATHAN C. CLARKE
                                            Law Offices of Clarke & Fellows P.C.
                                            140 Gazza Boulevard
                                            Farmingdale, NY 11735
                                            516-325-3889

Sworn before me on this 3rd
day of May , 2016

_____
Annette Pennell

> ANNETTE PENNELL
> Notary Public - State of New York
> No. 01PE6146293
> Qualified in Suffolk County
> My Commission Expires May 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
LEONARD JOSEPH CAMPANELLO, FABRIZIO MILITO,
CHANDLER WILSON, ALEXANDRA K. CLARK,
DAVID MORRISON, Sr., ASHLEY PEACOCK,
STEVEN RICHTER, EMILY BRAUNSTEIN,                        ADMISSION TO PRACTICE
CHRISTOPHER BRITTEN, LISA KANBAR, LISA BEATTIE,              PRO HAC VICE
MICHELLE OLMO GARCIA, EDGAR MARTY,
REBECCA PEBBLES, et al.,


                        Plaintiffs,         Case No.: CV-16 1892

   -against-

NEW YORK STATE BOARD OF ELECTIONS et. al,


                       Defendants.
--------------------------------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Jonathan C. Clare is permitted to argue or try this particular case in whole or in part as counsel for plaintiffs.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.


Dated:  Farmingdale, NY
        May 3, 2015


                                                       United States District Judge

cc: Pro Hac Vice Attorney
    Court File

Local Rules of the
United States District Courts for the
Eastern and Southern Districts of New York
(September 3, 2013)

---

Local Civil Rule 1.3(c)

A member in good standing of the bar of any state or of any United States District Court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion (which may be made by the applicant) and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this Court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PRO HAC VICE APPLICATION FEE

ADMINISTRATIVE
ORDER
2014-11

-----------------------------------------------------------X

    The Board of Judges has set the Pro Hac Vice application fee for the Eastern District of New York at $150.00 as of January 1, 2015.

SO ORDERED.

Dated: December 23, 2014
       Brooklyn, NY

                                                      Carol Bagley Amon
                                                      Chief United States District Judge



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jonathan Charles Clarke** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **10th** day of **July 2013,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 29, 2016.

*Aprilanne Agostino*

Clerk of the Court