

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
May 16, 2016

M Eric T. Schneiderman
Attorney General
≈≈≈≈
200 Old Country Road – Suite 240
Mineola, New York   11501-4239
516/ 248-3312  [direct #]
516/ 248-3302  [general #]
516/ 747-6432  [fax #]

Regional Office Division
Nassau Regional Office
≈≈≈≈
Writer's e-mail address:
Ralph.Pernick@ag.ny.gov

Honorable Sandra J. Feuerstein,
    United States District Judge
c/o Clerk, United States District Court
100 Federal Plaza
Central Islip, New York  11722

Via fax 631/ 712-5636 and ECF
This is a **one** page fax.

Re:   Campanello v. New York State Board of Elections, et al.
       16 CV 1892  SFJ / AKT

Dear Judge Feuerstein:

Please consider this as a letter application to adjourn, on consent to this Friday, May 20, the time for the New York State Board of Elections and its officials and officers who are also named as defendants, to respond to plaintiffs' amended complaint (which will also constitute their opposition to plaintiffs' motion for a preliminary injunction).

I am awaiting comments concerning various persons to whom I have circulated a draft set of papers.

                                            Very truly yours,

                                            Ralph Pernick
                                            Assistant Attorney General

RP:hs
cc:  all counsel via ECF