

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

May 16, 2016

| | |
|---|---|
| MERIC T. SCHNEIDERMAN<br>ATTORNEY GENERAL<br>≈≈≈≈<br>200 Old Country Road – Suite 240<br>Mineola, New York    11501-4239<br>516/ 248-3312  [direct #]<br>516/ 248-3302  [general #]<br>516/ 747-6432  [fax  #] | REGIONAL OFFICE DIVISION<br>NASSAU REGIONAL OFFICE<br>≈≈≈≈<br>Writer's e-mail address:<br>Ralph.Pernick@ag.ny.gov |

Via email:
blairefellowsesq@gmail.com
jonathancclarkeesq@gmail.com

Law Offices of Clarke & Fellows PC
140 Gazza Boulevard
Farmingdale, New York  11735

Re:   Campanello v. New York State Board of Elections, et al.
        16 CV 1892  SFJ / AKT

Dear Ms. Fellows:

The service copy of State Defendants' motion to dismiss – which also serves as their opposition to plaintiffs' preliminary injunction motion – is enclosed.

Very truly yours,

Ralph Pernick
Assistant Attorney General

RP:hs
Enclosures as stated
cc (without enclosures):
   Honorable Sandra J. Feuerstein, Esq.