

**Order**
The application is:
✓ granted
___ denied
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

s/ Sandra J. Feuerstein
Sandra J. Feuerstein
U.S.D.J.
5/17/16

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

200 Old Country Road – Suite 240
Mineola, New York 11501-4239
516/ 248-3312 [direct #]
516/ 248-3302 [general #]
516/ 747-6432 [fax #]

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE

Writer's e-mail address:
Ralph.Pernick@ag.ny.gov

FILED
May 16 2016
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ MAY 17 2016 ★
LONG ISLAND OFFICE

Honorable Sandra J. Feuerstein,
   United States District Judge
c/o Clerk, United States District Court
100 Federal Plaza
Central Islip, New York 11722

Via fax 631/ 712-5636 and ECF
This is a **one page fax**.

Re: Campanello v. New York State Board of Elections, et al.
    16 CV 1892 SFJ / AKT

Dear Judge Feuerstein:

Please consider this as a letter application to adjourn, on consent to this Friday, May 20, the time for the New York State Board of Elections and its officials and officers who are also named as defendants, to respond to plaintiffs' amended complaint (which will also constitute their opposition to plaintiffs' motion for a preliminary injunction).

I am awaiting comments concerning various persons to whom I have circulated a draft set of papers.

                      Very truly yours,

                      Ralph Pernick
                      Assistant Attorney General

RP:hs
cc: all counsel via ECF