# CIVIL CAUSE FOR INITIAL CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 21 2016 ★

LONG ISLAND OFFICE

**DATE**: June 21, 2016    **TIME**: 30 minutes

**CASE NUMBER**: 2:16-cv-01892-SJF-AKT

**CASE TITLE**: Campanello et al v. New York State Board of Elections et al

**PLTFFS ATTY**: Jonathan Clark
 X  present    ___ not present

 ___ present    ___ not present

 ___ present    ___ not present

**DEFTS ATTY**: Alpa Sanghbi
 X  present    ___ not present

 Ralph Pernick via telephone
 X  present    ___ not present

 ___ present    ___ not present

**COURT REPORTER**: _____    **COURTROOM DEPUTY**: BRYAN MORABITO

**OTHER**: _____

X    CASE CALLED.

_    DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: Case is dismissed. Case closed.